UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUPREE LAMONT ADKINS,
    Plaintiff,

v.

SCOTT KERNAN, et al.,
    Defendants.

Case No. 19-cv-01220-JCS (PR)

**ORDER OF TRANSFER**

    Plaintiff's claims arise from events that occurred at CSP-Solano, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** March 13, 2019

                                  JOSEPH C. SPERO
                                  Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | Case No. 19-cv-01220-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dupree Lamont Adkins ID: K50645
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: March 13, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO