# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No. 2:19-CV-0458-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for an extension of time (ECF No. 28) to file an amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file a third amended complaint within 45 days of the date of this order. Plaintiff is warned that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

IT IS SO ORDERED.

Dated: August 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1