**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No. 2:19-CV-0458-JAM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 42, for reconsideration or an extension of time, which the Court considers as a motion for an extension of time to file a fourth amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff shall file a fourth amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 8, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1