DuPree Lamont Adkins #K50645
Name and Prisoner/Booking Number

California Medical Facility
Place of Confinement

P.O. Box 2000
Mailing Address

Vacaville, CA 95696-2000
City, State, Zip Code

**FILED**

OCT 18 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DuPree Lamont Adkins )
(Full Name of Plaintiff)            Plaintiff, )
)
v. )
)
(1) Scott Kernan , )
(Full Name of Defendant) )
(2) Deborah Blackwell , )
)
(3) R. Neuschmid , )
)
(4) Russell Douglas , )
Defendant(s). )
☑ Check if there are additional Defendants and att..ach page 1-A Listing them. )

**2:19-CV-458 JAM DMC**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ ~~Second~~ Fourth Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents,</u> 403 U.S. 388 (1971).
    ☑ Other: 28 U.S.C. section 1391(b)(2) events, claim occured

2.  Institution/city where violation occurred: California State Prison-Solano

## B. DEFENDANTS

1. Name of first Defendant: Scott Kernan . The first Defendant is employed as:
Secretary - Director at CDCR Headquarters .
   (Position and Title)          (Institution)

2. Name of second Defendant: Deborah Blackwell. The second Defendant is employed as:
Lieutenant - Watch Commander at CSP- Solano .
   (Position and Title)          (Institution)

3. Name of third Defendant: R. Neuschmid . The third Defendant is employed as:
Warden (A) at CSP-Solano .
   (Position and Title)          (Institution)

4. Name of fourth Defendant: Russell Douglas . The fourth Defendant is employed as:
Lieutenant - Watch Commander at CSP-Solano .
   (Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 5 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: NO info v. due to Prison Search
      2. Court and case number: information destroyed .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed
      for failure to State a Claim .

   b. Second prior lawsuit:
      1. Parties: No info v. due to Prison Search
      2. Court and case number: information destroyed .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   c. Third prior lawsuit:
      1. Parties: Dupree Lamont Adkins v. V. Gastelo et.al
      2. Court and case number: 5:19-CV-01137 - FMO-KS .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Voluntarly
      dismissed .

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

Adkins
CMF
P.O. Box 2000
Vacaville CA 95696

O#K50645

C. PREVIOUS LAWSUITS

1  d. DUPREE LAMONT ADkins V. D. HurTado
2  Case No. 2:21-CV-00531-JDP (PC)
3  Pending Screening against CMF Law Library
4
5  e. Dupree Lamont Adkins V. Lori W. Austin
6  Case No. 2:21-CV-00738-DB
7  Pending Screening against CMF HIPPA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2-A

Defendant #5 M. Dernoncourt is a correctional officer of the California Department of corrections who at all times mentioned in this complaint held the rank of CAPTAIN and was assigned to CSP-Solano.

Defendant #6 M. McComas is a correctional counselor II of the California Department of corrections who at all times mentioned in this complaint held the rank of CC II and was assigned to CSP-Solano

Defendant #7 Angela Sherman is a Psychologist at the California Department of Corrections who at all times mentioned in this complaint held the rank of Psychologist and was assigned to CSP-Solano.

Defendant #8 Ms. M. Doe① is a correctional officer of the California Department of Corrections who at all times mentioned in this complaint held the rank CAPTAIN and was assigned to CSP-solano

Defendant #9 J. Lee employed as Correctional officer of the California Department off Corrections who at all times mentioned in this Complaint held the rank of Lieutenant and was assigned to CSP-Solano.

Defendant #10 L. Garcia is a correctional counselor of the California Department of Corrections who at all times mentioned

① Plaintiff coud not decipher the spelling on m. Doe Asu retain notice.

1-A

Adkins, D#K50645
PCMF
P.O. Box 8009
Vacay EA 95696

## B. Defendants

1 in this Complaint held the rank of correctional
2 counselor I and was assigned to CSP-Solano
3 Defendant #11 E. Arnold is a Correctional officer
4 of the California Department of corrections who
5 at all times mentioned in this Complaint held the
6 rank of Associate Warden and was assigned
7 to CSP-Solano.
8 Defendant #12 J. Gastelo is the superior Warden
9 of California Men's Colony. She is legally respon-
10 sible for the operation of California Men's Colony
11 and for the welfare of all the inmates in that
12 prison
13 Defendant #13 K. M^cQuaid is a correctional officer
14 of the California Department of Corrections who
15 at all times mentioned in this Complaint held
16 the rank of Associate Warden and was assign-
17 ed to California Men's Colony.
18         Each defendant is sued individually
19 and in his or her official Capacity. At all times
20 mentioned in this Complaint each defendant
21 acted under color of State law. ..
22
23
24
25
26
27
28

t Paper

1-B

Adkins, D #K50645
CMF
P.O. Box 2000
Vacaville, CA 95696

## D. CAUSE OF ACTION

### CLAIM I

1.   State the constitutional or other federal civil right that was violated: Total Deprivation of Due Process under the 14th Amendment to the Constitution

2.   **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [x] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

#1 Plaintiff alleges I have a liberty interest in procedural Due Process, harm to my life, witnesses, staff assistant and ASU transfer's to Administrative Segregation.
#2 All the defendants entered a secret agreement to intentionaly use the disciplinary mechanism in order to house Plaintiff in ASU to Accumalate time credit to a 11 month SHU term for distribution with a sufficently culpable state of mind.
#3 All the defendants act's and omissions constitute total deprivation of due On 11/4/2016 "MASTER" K. Moore title C SR issued the defendant's a "Auditor Action" denying the CSP-Solano staff request for 90 day ASU placement for Plaintiff and approved 30 for CSP-Solano staff to cure deficiency.
#4 After failing to cure there deficiencies in there ASU application and administrative error The —

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Pain, suffering, physical injury, psychological distress and emotional distress.

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [ ] Yes   [ ] No
b.   Did you submit a request for administrative relief on Claim I?   [ ] Yes   [ ] No
c.   Did you appeal your request for relief on Claim I to the highest level?   [ ] Yes   [ ] No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

① Should read due process [3]

1   MAsters ordered on 11/23/2016 Committee Action
2   1. Possesion of a Controlled Substance for
3   distribution is SHU-Able and should Adkins be
4   found guilty he may be subjected to a 6 month
5   mittigated SHU term.
6       #5   2. If found guilty of distribution his
7   placement Score Would still be appropriate for
8   CSP-Solano.
9       #6   3. ICC notes Adkins has no other disc-
10  iplinary to warrant Continued ASU placement.
11  4. ICC deems plaintiff presence is no longer a
12  athreat to the Safety and security of the
13  institution.
14      #7   5. Based on the aforementioned ICC
15  Will retain in ASU pending expedited RTN to
16  CSP-Solano. Committee Members and witneses
17  J. Casagrande CCII (A), S. Pulley CAPT(A), D. Hobart
18  Jr. CAPT(A), G. Ellin CAPT(A), J. Clough CAPT,
19  J. Lynch COW, B. McCulloch CCI
20      #8  On 6/19/2018 "MASTER  B. Gricewich"
21  title CSR issued the defendant's Auditor Action
22  ordering the 11 month SHU-Term be Vacated, cons-
23  piracy to introduce a controlled substance is
24  not listed as an offense warranting a SHU
25  assessment in accordance with CCR Section
26  3341.
27      #9  Return 4 unfavorable points for
28  distribution of a Controlled Substance

Adkins, D #K50645
CMF
P.O. Box 2000
Vacaville, 95696

# CLAIM 1

Lastly, a subsequent committee action will be required to clearly articulate the rationale for close custody designation.

#10 On 8/24/2017 Deborah Blackwell acted with a sufficiently culpable state of mind by issuing Plaintiff the following reason's for ASU placement.

#11 Administrative Segregation Unit Placement notice 1. Presents a immediate threat to the safety of Self or others. 2. Jeopardizes integrity of an investigation of Alleged Serious misconduct or Criminal Activity.

#12 3. Endangers institution. Defendant Blackwell used false reasons to place Plaintiff in ASU, She knew Plaintiff did not commit any new infractions to be housed in ASU and her reason's were vetted and denied on three occasions by the Master's.

#13 This Constitutes a total denial of Due Process violating Plaintiffs rights under the 14 Amendment to the Constitution.

#14 On 8/20/17 Defendant M. Doe acted with a sufficiently culpable state of mind by issuing false Reason to deny Plaintiff witnesses and reasons to retain Plaintiff in ASU per Administrative review (Part B)

#15 M. Doe Stated "No witnesses requested by inmate" which she knows is false because

3-B

Adkins, D #K50645
CMF-
P.O. Box 2000
Vacaville, CA 95696

CLAIM 1

Case 2:19-cv-00458-DAD-DMC   Document 44   Filed 10/18/21   Page 9 of 76

1  Plaintiff refused to sign due to lack of witnesses
2  and ignoring master's orders.
3     #16 M. Doe knows the threat assessment
4  has been vetted and denied. M. Doe knows Plainti-
5  ff has not committ any new infractions to warrant
6  Asu placement.
7     #17 M. Doe violated Plaintiff rights which
8  constitutes a violation under the 14th Amendment
9  to the constitution.
10    #18 On 8/30/2017 and 10-18-17 during Classifi-
11 cation Committee defendant Angela Sherman
12 Psychologist intentionaly falsely stated Plaintiff
13 had the ability to understand Icc proceedings
14 and that his mental health was stable.
15    #19 Defendant Sherman denied vita Callari
16 Licensed clinical social worker who documented
17 Plaintiff injuries please see Exibit A Highlighted
18 sections.
19    #20 Witness Faglaneli Psychologist who entered
20 plaintiff into "crisis calming" due to injuries please
21 see Exibit B. Witness Mary Spurgeon who issued
22 Plaintiff colonidine after emergency code due to
23 Plaintiff injuries Exibit C highlighted sections.
24    #21 On 8/30/2017 CCI L. Garcia Intentionaly
25 did not perform staff assistance duties, meet
26 Plaintiff, Plaintiff witnesses, submitt Auditor Action
27 evidence, enforce Plaintiff elgibility and approval
28 for Expedited tranffer Please see Exibit
   (1)Error delete has and add did) F Highlighted

3-C

Adkins,
CMF
P.O. Box 2000
Vacaville, 95696

CLAIM 1

D#K50645

#22 Defendants Sherman and Garcia Know Plaintiff committed no new infractions waranting ASU Placement this Act Constitutes a Violation of Plaintiff rights Under the 14th Amendment to the Constitution.

#23 On 8-30-2017 and 10-18-17 defendants McComas "Recorder", Defendant Neuschmid "Chairperson 8-30-2017", a Defendant Arnold" chair Person" during Classification Committee for ASU retain, acted With a Sufficiently Culpable State of mind.

#24 The defendants Knowingly and deliberately Used false reason's, Plaintiff is a threat, Plaintiff is circumventing and expedited transfer not required.

#25 These act's and omission's denied me Witnesses J. Casagrande "Recorder" and J. Lynch "Chair Person" who ordered Plaintiff released from ASU as a non threat, ADA Cordinator T. Wamble who approved Plaintiff EOP transfer.

#26 These act, ommissions violate Plaintiff's right to present evidence, witnesses, and recieve EOP transfer due to "Serious medical Needs".

#27 The Classification Committee for "ASU retain" by defendant's McComas, Neuschmid, Arnold Violated plaintiffs right's Under the 14th Amendment to the constitution.

#28 On 10/11/2017 Defendant Douglas during Administrative Segregation Unit Placement hearing Acted with a Sufficiently culpable

3-0

Adkins, D #K50045
CMF
P.O. Box 2000
Vacaville CA 95696

state of mind by stating the following false reasons for Plaintiffs ASU Placement.

#29 Presents a threat and endangers institution and is not a Participant in the mental Health Services Delivery System at any level of Care.

#30 Defendant Douglas denied Plaintiff Witneses Lee Picket Psychologist who documented Plaintiff EOP status begining 4/11/2017 Please See Exibit D, documentary evidence "Auditor Actions" denying this ASU housing and J. Casagrande "Recorder", J. Lynch "Chair Person" releasing plaintiff from ASU as a non threat.

#31 Defendant Douglas denied Plaintiff Due Process Violated Plaintiffs rights under the 14th Amendment to the Constitution.

#32 On 10/12/17 and 2/2/18 During "ASU" Review defendant Dernoncourt knowingly and deliberately used false reasons; refused to respond/Participate in this review, and "CCCMS" disability.

#33 This Act denied plaintiff "Witnesses" Mary Spurgeon who documented Plaintiff injuries on 10-12-2017 Please see Exibit C.

#34 Witness faggianelli who entered Plaintiff into crisis① due to injuries Please see Exibit B, Lee Picket who began my EOP on 4/11/2017 Please See Exibit D. "Auditor Actions" evidence denying this ASU housing.

#35 Defendant Dernoncourt Violated

① Should read crisis calming

3 - E

Adkins, J.
CMF D#K50645   CLAIM 1
P.O. Box 2000
Vacaville, CA 95696

Plaintiff rights under the 14th Amendment.

#36 On 2/1/2018 Defendant J. Lee during "ASU" placement hearing acted with a sufficiently culpable state of mind by issuing false reasons to place plaintiff in "ASU" presents a threat to the safety of self or other's, Endangers institution security

#37 These reason's were vetted and consistently denied this caused Plaintiff injuries documented Sandra Parroff Please See Exibit G

#38 These Act's and ommision violates Plaintiff rights and constitutes a violation Under the 14th Amendment to the constitution.

#39 on 8-23-17, 10-10-17 and 1-31-18 defendant Gastelo and McQuaid transfered Plaintiff to CSP-Solano ASU.

#40 Defendant Gastelo and McQuaid did ① give plaintiff written notice of the infraction warranting ASU placement, non EOP level of care or evidence discription supporting 11 month SHU term.

#41 Defendants Gastelo and McQuaid knowingly and deliberately violated Plaintiffs rights and constitutes a violation under the 14th Amendment to the constitution.

#42 On 8-23-17, 10-10-17 and 1-31-18 Defendant kernan Acted with a sufficiently culpable State of mind by directly participating in the due process violations.

① Should read did not give

3-F

Adkins.
CMF
P.O. Box 2000
Vacaville, CA 95696

CLAIM 1

D#K50645

#43 In Emergency Staff Complaint's reduced to Appeals #CSP-S-17-02872, #CSP-S-18-00315 and #CSP-S-18-00626 Defendant Kernan was put on notice of the violation of Plaintiff's right's and failed to do anything to fix the situation.

#44 Defendant Kernan failed to inforce his appointed MAsters "Auditor Action's" or ADA Cordinator Approved 1824 RAP transfer which were in accordance with his Policies.

#45 Defendant Kernan created a custom allowing the illegal act's to continue.

#46 Defendant Kernan failed to inforce Plaintiff elgibility and approval of mental impairment transfer under ADA which the "Coleman Court" put in place for these type of violations

#47 Defendant Kernan violated Plaintiff rights which constitutes a violation under the 14th Amendment to the constitution.

#48 ordinarily I would go to work in "EOP-Diner" as a fry-cook or linebacker five days a week, have unlimited access to the recreational exercise yard. A comprehensive array of mental health services

#49 Recreational therapy and "Structured therapeutic activities"
Plaintiff was treated differently then

3-G

Adkins, D. #K50645
CMF.
P.O. Box 2000
Vacaville, CA 95696

CLAIM 1

#50 other EOP inmate-patients in ASU

#51 Plaintiff did not recieve 10 hours per week of EOP "structured therapeutic activities", soap made me itch, the toothpo-wder was rancid it made me nauseated and turned into a gluey like substance.

#52 Plaintiff did not recieve review of the evidence justifying the decision to seg-ragate Plaintiff.

#52 Plaintiff reallege and incorporate by reference Paragraphs 1-53

#54 All the defendants were aware of the serious risk of harm to housing Plaintiff in ASU at a lower level of medical that was never authorised due to Plaintiff's serious medical needs.

#55 Plaintiff① repeatedly denied witneses, suffured injury was denied prescribed lotion Please see Exibit E.

#56 This caused Plaintiff to itch. Plaintiff felt like a black itchy dog that the owner dosent want, thrown in the kennel

#57 All the defendants hold Animas Against Plaintiff and Punished Plaintiff despite "Auditor Actions". ADA 1824 Eloibility, serious medical needs that were prescribed resulting in total deprivation due process. causing atypical and significant hardship on Plaintiff

① Should read Plaintiff was

3-H

Adkins, D#K50645
C.M.F
P.O. Box 2000
Vacaville, CA 95696

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Plaintiff was denied Equal Protection in violation of the 14th Amendment.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Mail            ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☑ Other: Intentional Discrimination

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

#58 Plaintiff is a member of the Protected "Coleman Class" due to being enrolled the Enhanced Outpatient Program The Enhanced Outpatient Program (EOP) provides the most intensive level of outpatient mental health care within CDCR   #59 the Mental Health Services Delivery System (MHS-DS). Critical components include: A comprehensive array of mental health services delivered within the framework of an Interdisciplinary Treatment Team (IDTT)   #60 None of the defendants are members of Plaintiff's "IDTT". The responsibilities for overall treatment planning within the EOP rest with the IDTT.   #61 To satisfy minium requirement EOP inmate-patient are allowed 10 hours per week of "structured therapeutic activities", even in ASU. Plaintiff is Also afforded ADA "reasonable" accommodations request.   #62 All the defendants concede those merits in Appeal log #CSP-S-17-02872, #CSP-S-18-00315 and #CSP-S-18-00626 / #CSP-S-18-01306

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Intentional discrimination caused physical injury, pain, suffering, emotional anguish, psychological distress, Denial of EOP programming.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?   ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

Adkins,
CMF
P.O. Box 2000
Vacaville, CA 95696

D#K50645    C L A I M II

#63 All defendants know that CSP-Solano is not designated to house EOP inmate-Patients None of the defendant's Placed Plaintiff in ASU After Plaintiff was released as a nonthreat

#64 Plaintiff meets the essential elgibility requirements due to Benign essential hypertension, Chest Pain, unspecified, Dysthymic disorder, Esophageal reflux, HTN (hypertension, benign Lipidemia, Major depressive disorder recurrent episode, Severe, with Psychosis, Pure hypercholesterolemia. ①

#65 All the defendants acted with intentional discrimination against Plaintiff and against the "Coleman Class" of inmates which includes Plaintiff, and that such conduct did not relate to a legitimate Penological Purpose.

#66 On 8/24/2017 Defendant Blackwell Knowingly and deliberately acted with intentional discrimination, by Placing Plaintiff in CSP-Solano "ASU"

#67 Defendant Blackwell conduct did not relate to a legitimate Penological Purpose 1. The reasons "threat to the safety of institution, endangers institution securtly and Jeopordizes integrity of an investigation" were vetted and denied by "Master Auditor Action" and classification committee order.

① Please see Exibit B
Pg. 5 "Problem list/Past    4-A
Medical History

Adkins, D #K50645
CMF
P.O. Box 2000
Vacaville, CA 95696

#68 This housing was credited to a 11 month SHU-term that was ordered Vacate, Plaintiff can't recieve[1] EOP Programing for Serious medical needs.[1]

  #69 On 8/25/17 defendant M.Doe acted with intentional discrimination by Placing Plaintiff in ASU during Administrative Review (Part B) as remains a threat Safety/Security

  #70 defendant M.Doe conduct did not relate to a legitimate Penological because those reasons were vetted and denied by "Master Auditor Action", Classification Committee action.

  #71 The ASU housing was credited to a 11 month SHU-Term which was ordered Vacated by "Master Auditor Action" and Plaintiff can't[1] recieve EOP Programing for Serious medical needs in CSP-Solano ASU.

  #72 On 8/30/2017 and 10/18/2017 Defendant Angela Sherman acted with intentional discrimination by making false Clinician Comments at Classification Committee

  #73 Subject had the ability to understand ICC Procedings and that his mental health was stable.

  #74 Defendant Sherman conduct did not relate to a legitimate Penological Purpose because Plaintiff suffered Audi-

[1] Should read Plaintiff couldn't recieve

4-B

Adkins,
CMf
P.O. Box 2000
Vacaville, CA 95696

D#K50645    CIAIM 11
Case 2:19-cv-00458-DAD-DMC  Document 44  Filed 10/18/21  Page 18 of 76

1  #75 tory hallucinations Please see Exibit A,
2  Plaintiff was entered into crisis Calming Pl-
3  ease see Exibit B,
4  #76 Plaintiff suffered high Blood Pressure
5  attack Please see Exibit C. Plaintiff can't[1] recie-
6  ve EOP Programming in accordance Court
7  approved "Coleman Class" and CDCR Mental Health
8  Services Delivery System Program Guide
9  #77 on 8/30/2017 and 10/18/2017
10  Defendant L. Garcia acted with intentional
11  discrimination at Classification Committee
12  by not Performing any Staff assistance duties
13  #78 Defendant Garcia conduct did
14  not relate to a legitimate Penological Pur-
15  Pose because she did not help Plaintiff Prepare
16  evidence of the "Master Auditor Actions", Committ-
17  ee action's denying this housing.
18  #79 on 8/30/2017 at Classification
19  committee Defendants M. McComas "Recorder"
20  R. Neuschmid "Chair Person" acted with intentio-
21  nal discrimination by using false Comments
22  to retain Plaintiff in ASU.
23  #80 subject may be circumventing the
24  safety security of the institution, still views
25  subject as a threat.
26  #81 Defendants McComas and Neuschmid
27  conduct did not relate to a legitimate
28  Penological Purpose because

[1] Should read couldn't

4-C

Adkins,
EMF
P.O. Box 2000
Vacaville, CA 95696

D#K50645    CLAIM II
Case 2:19-cv-00458-DAD-DMC Document 44 Filed 10/18/21 Page 19 of 76

1  #82 This Housing was denied, order vacated,
2  and Plaintiff released as a nonthreat.
3  Defendant McComas and Neuschmid denied
4  Plaintiff "Reasonable Accommodation Request
5  Please See F", by①Committee Comments Expedited
6  transfer not required

7       #83 On 10/11/2017 Defendant Russell Douglas
8  acted with intentional discrimination against
9  Plaintiff during  ASU Placement notice.

10      #84 Defendant Douglas reason's: Presents
11 an immediate threat, endangers institution,
12 and Plaintiff is not a Participant in th"MHSDS"
13 at any level of care.

14           #85 Defendant Douglas conduct
15 did not relate to a legitimate Penological
16 Purpose because Plaintiff is EOP Please see
17 Exibit D and the threat assesment, endangers
18 assesment were Vetted and denied Multiple
19 times. This ASU Placement denies Plaintiff
20 EOP Care for my Serious medical needs.

21      #86 On 10/12/17 and 2/2/18 Defend-
22 ant Dernoncourt acted with intentional disc-
23 rimination by stating Plaintiff refused to
24 respond/Participate and disability of CCCMS.

25      #87 Defendant Dernoncourt②did
26 not relate to a legitimate Penological
27 Purpose because Plaintiff had high Blood
28 Pressure attack Please see Exibit C, Plain-

① should read by using false committee Comments
② should read conduct         4-D

CLAIM 4

1   #88 tiff Was entered into crisis calming
2   Please see Exibit B, Plaintiff is EOP Please
3   see Exibit D ①

4           #89 On 10/18/2017 Defendants McComas
5   and Arnold acted with intentional discrimination
6   at classification Committee to retain Plaintiff
7   in Asu. McComas "Recorder", Arnold "chair Person"

8           #90② Committee Comments; subject may
9   be Circumventing the Safety security of the
10  institution, ICC still views subject as a threat
11  Expedited transfer not required.

12          #91 Defendants McComas and Arnold
13  conduct did not relate to a legitimate
14  Penological Purpose because Plaintiff was
15  approved a "RAP" transfer Please see Exibit F

16          #92 The "Threat", "Endanger"
17  assessment's were vetted and denied by Master
18  Auditor Actions.

19          #93 On 2/1/2018 Defendant Lee
20  acted with a Sufficiently intentional discrim-
21  ination against Plaintiff at Asu Placement
22  Review.

23          #94 By using Presents An immediate
24  threat, Endangers institution Security
25  Defendant Lee conduct did not relate
26  to a legitimate Penological Purpose because
27  These Reasons Were vetted and denied by
28  "MAster Auditor Actions".

① Plaintiff was also admitted to MHCB please see Exibit G
② Should read used false Committee Comments

4-E

Adkins,
C.M.F
P.O. Box 2000
Vacaville, CA 95696

D#K50645   CLAIM 11

#95 On 8-23-2017, 1-31-18 and 10-10+17 Defendant Gastelo and McQuaid acted with intentional discrimination by transfering Plaintiff to CSP-Solano ASU and crediting that housing to a 11 month SHU term.

#96 Defendant Gastelo and McQuaid Conduct did not relate to a legitimate Penological Purpose because Master B.Griechw ordered them to vacate the SHU-term and Plaintiff Could not recieve EOP Programing

#97 On 8-23-2017, 10-10-17 and 1-31-18 Defendant Kernan acted with intentional discrimination, by allowing Plaintiff to be housed in non EOP facility which denies Plaintiff EOP level of care for his "Serious Medical" needs.

#98 Defendant Kernan Conduct did not relate to a legitimate Penological Purpose becau it violates EOP care instructions that are Court Approved and included in his CDCR Mental health Program Guide.

#99 Defendant Kernan Conduct did not relate to a legitimate Penological Purpose because it violates his ASU Policies that his Masters denied this housing in ASU Multiple times

#100 Defendant Kernan failed to take any action, after being Placed on notice, of the constitutional violations, to correct the violations Defendant Kernan custom of denial Equal Protection

①Master "Auditor Action" K.Moore, B.Grienwich denied CSP-solano ASU housing multiple times and ordered the SHU term vacated  4-F

Adkins, D #K50645
CMF
P.O. Box 2000
Vacaville, CA 95696

#100 Plain realledge and incorporate by reference Paragraphs #58-#101

#102 The defendants had two viable options that would allow Plaintiff to recieve EOP level of care for my serious medical needs.

#103   1. Mental Health Crisis bed which house "similarly situated" EOP inmate-Patients, they recieve there "Structured therapeutic" activities

#104 After suffering injury Plaintiff was housed in MHCB-Advses status and cleared for court Please see Exibit G first Page.

#105 2. CMF ASU. Plaintiff could have been housed in CMF-ASU because "similarly situated" EOP inmate Patients recieve there EOP Programing

#106 The Defendants conduct constitutes intentional discrimination against the "Protected Coleman Class" which includes Plaintiff and "Class of one" CMF-ASU is a 15 minute car drive drive from CSP-Solano and MHCB is a five minute walk from CSP-Solano ASU.

#106 The defendant's conduct violates Plaintiff rights to equal protection under the 14th Amendment to the Constitution

4-G

Adkins, D #AB0648
CMF
P.O. Box 2000
Vacaville, CA 95696

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Deliberate indifference to Plaintiffs serious mental health needs 8th Amendment.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☑ Medical care

☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation

☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

#107 Plaintiff is a EOP inmate-patient due to the serious mental health needs; Major depressive disorder, recurrent episode, severe, with psychosis. Pure hypercholesterolemia. Please see Exibit 'B' Faggianelli second page highlighted paragraph titled "Problem List / Past Medical History" ongoing.

#108 None of the defendants (excluding defendant Sherman) are board-certified in Major depressive disorder, recurrent episode, severe, with psychosis. Pure hypercholesterolemia. or in related disciplines.

#109 None of the defendants ever directly examined or treated Plaintiff. None of the defendants filed a mental health referal to Dr. Jaystone for Plaintiff.

#110 All Defendants hold animas against Plaintiff due Prison case, where The Master's Auditor Actions consentently denied CSP-Solano ASU Placement.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Extreme emotional and psychological distress, high blood pressure attack, auditory hallucinations, suicidal ideations.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes    ☐ No

b. Did you submit a request for administrative relief on Claim III?     ☑ Yes    ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?     ☑ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

① logged as page 5

5

Adkins, D #K50645
CMF
P.O. Box 290
Vacaville, CA 95696

1   #111 for Plaintiff. All the defendants know that
2   failure to treat Plaintiff's condition could
3   result in further significant injury or the
4   unnecessary and wanton infliction of pain
5        #112 On 8-24-2017 Defendant Blackwell
6   knowingly and deliberately acted with deliberate
7   indifference to Plaintiff's serious mental health
8   needs.
9        #113 Defendant Blackwell used the follow-
10  ing false statements "ASU-Placement Notice" to
11  place Plaintiff in CSP-Solano ASU
12  ① #114 Presents an immediate threat, jeo-
13  pardizes integrity of an investigation, endangers
14  institution security.
15       #115 Defendant Blackwell's conduct con-
16  stitute Deliberate indifference to Plaintiff
17  serious mental Health needs because the
18  reasons are medically unacceptable and she
19  denied Plaintiff EOP level of care Prescribed
20  by Psychologist Pickett Please see Exibit D.
21       #116 Defendant Blackwell conduct caus-
22  ed auditory hallucinations Please Exibit A
23       #117 On 8/25/17 Defendant M.Doe
24  acted with deliberate indifference to Plain-
25  tiff serious mental health needs.
26       #118 Defendant M.Doe retained Plaintiff
27  in CSP-Solano ASU as a threat. Defendant
28  M. Doe reasons constitute deliberate indiffere-
    ① Reasons are summarized and true/correct

5-A

Adkins,
CMF
P.O. Box 2000
Vacaville, CA 95696

#119 ence because there medically unaceptable
and deny Plaintiff EOP level of care Prescribed
by Psychologist Pickett Please see Exibit D causing
injury Please see Exibit A.

     #120 On 8/30/2017 and 10-18-2017 Defen-
dant Sherman acted with deliberate indifference
to Plaintiffs serious mental health needs.

     #121 Defendant Sherman issued false
clinician comments to retain Plaintiff in CSP-Sola-
no ASU: confirmed that subject had the ability
to understand ICC Proceedings and that
his mental Health was stable with no decompensatio-
n. subject is in the MHSDS at CCCMS level of care.

     #122 Defendant Sherman conduct con-
stitutes diliberate indifference and medically una-
cceptable Plaintiff never met Defendant Sherman
in ASU, Plaintiff is EOP Please see Exibit D

     #123 Plaintiff suffered auditory hallucin-
ations Please see Exibit A, Plaintiff needed imm-
ediate mental health and was entered into crisis
calming after suffering injury Please see Exibit
B and was treated with Clonodine due to high
blood Presure attack Please see Exibit C. ①

     #124 On 8/30/2017 and 10/18/2017
Defendant Garcia acted with deliberate
indifference to Plaintiff serious mental health
needs.

     #125 Defendant Garcia did not Perform

①Please see Exibit G plaintiff was entered into "MHCB" due
to injuries

5-B

Adkins, D#
CMF
P.O. Box 2000
Vacaville CA 95696

#125 any staff assistant duties.

#126 This conduct by defendant Garcia constitutes deliberate indifference to Plaintiff's serious mental Health needs.

#127 Plaintiff never met defendant Garcia in ASU, Defendant Garcia did not relate Plaintiffs injuries in clinician comments, did① Advocate for Plaintiff to recieve EOP level of care.

#128 On 8/30/2017 Defendants McComas "Recorder", R. Neuschmid "ChairPerson" acted with deliberate indifference to Plaintiff serious mental health needs using false committee comments to deny Plaintiff EOP level of care.

#129 Subject may be circumventing the safety and security of institution ICC still views subject as a threat and Expedited transfer not required.

#130 Defendants McComas and Neuschmid Conduct Constitues deliberate Indifference because there comments are medicaly unacceptable, denies Plaintiff EOP level of care and Plaintiff ADA 1824 mental impairment transfer was approved Please see Exibit F.

#131 Plaintiff Suffered injury Please see Exibit A.

#132 On 10/11/17 Defendant Douglas acted with deliberate indifference to

① Should read did not Advocate

5-C

Adkins,
CMF,
P.O. Box 2000
Vacaville, CA 95696

O#K50645   CLAIM 111

#133 Plaintiff serious mental Health needs by using false reasons to Place Plaintiff in CSP-Solano ASU

#134 Presents an immediate threat Endangers institution, Plaintiff is not a Participant in the Mental Health Services Delivery system at any level.

#135 Defendant Douglass Conduct constitutes deliberate indifference because the reason's are medicaly unacceptable Plaintiff is EOP Please see Exibit D, the reason's do not relate to any related mental Health disciplines.

#136 Plaintiff suffered high Blood Pressure attack Please see Exibit C, was entered into crisis Calming after severe injury Please see Exibit B

#137 On 10-12-17 and 2/2/18 Defendant Dernoncourt acted with deliberate indifference to Plaintiff's serious mental health.

#138 Defendant Dernoncourt stated Plaintiff refused to respond / Participate in this 114 D Review

#139 Defend Dernoncourt Conduct Constitutes Deliberate indifferance to Plaintiff serious mental health need based on Preponderance of filling 10-12-17 conicides with Mary Spurgeon stating custody claims① a little uncoperative 10-12-17 it was Defendant Dernoncourt interferring with immediate medical/mental health

① Error has been should read custody claims Plaintiff has been a little uncoperative

5-8

Adkins, D #K50645
CMF
P.O. Box 2000
Vacaville CA 95696

CLAIM III

#140 Care Please See Exibit C. ① Defendant Dernoncourt denied Plaintiff GOP level of Care Prescribed by IDTT/Psychologist Pickett Please see Exibit D

#141 Defendant Dernoncourt caused Plaintiff Suicidial ideation, auditory hallucination, crisis calming Please See Exibit B, and Plaintiff entered Mental Health Crises bed Please See Exibit G

#142 On 10/18/2017 Defendants McComas "Recorder", Arnold "Chairperson" acted with deliberate indiference to Plaintiff serious mental Health need.

#143 Defendants McComas and Arnold used knowingly and deliberately, used false committee Comments: subject may be circumventing the Safety and Security of the institution, ICC still views subject as a threat, Expedited transfer not required.

#144 Defendants McComas and Arnold conduct constitute Diliberate indifference to Plaintiff Serious mental health needs

#145 Defendants McComas and Arnold comments are medicaly unacceptable as they do not relate to any mental Health disciplines it denies Plaintiff GOP level of care that was Prescribed by Pickett Psychologist Please see Exibit D finaly it violates court approved Reasonable accomodations Please Exibit F

#146 On 2/1/18 Defendant Lee

① Defendant Dernoncourt report is dated the same day as RN Mary Spurgeon

5-E

CIAZM III

#146 Acted with deliberate indifference to Plaintiff Serious mental Health needs.

#147 Defendant Lee used false reasons to place Plaintiff in CSP-Solano ASU; Presents an immediate threat; Endangers institution security.

#148 Defendant Lee conduct constitute diliberate indifference to Plaintiff serious mental health need, the reasons are medicaly unacceptable they do not relate to a ligitimate mental health discipline, It denies Plaintiff EOP level of care which is prescribed by a psychologist /±OTT

#149 It caused immediate mental health care treatment due to suicidial ideation, auditory hallucinations, high blood pressure attack please see Exibit 6

#150 On 8/23/2017, 10-10-2017 and 1-31-2018 Defendants Gastelo and McQuaid acted with deliberate indifference to Plaintiff's serious mental health needs.

#151 Defendants Gastelo and McQuaid transfered Plaintiff to CSP-Solano ASU where they knew I couldn't recieve my EOP "Structured therapeutic activities" for my serious mental Health needs.

#152 Defendants Gastelo and McQuaid conduct constitutes deliberate indifference to plaintiff Serious mental health needs Plaintiff relies on defendants Gastelo

CMF
Adkins, O#K50645
P.O. Box 2000
Vacaville CA 95696

# CLAIM III

#153 and McQuaid to treat my serious mental health needs with EOP-"Structured therapeutic activities."

#154 Defendants Gastelo and McQuaid failed to insure Plaintiff EOP level of care would be met at CSP-Solano which caused Plaintiff repeated injuries.

#155 Defendants Gastelo and McQaid were timely made aware that there deliberate indifference was causing Plaintiff injury and failed to take any action to reasonably fix the situation.

#156 On 8/24/2017, 10-11-2017 and 2/1/2018 Defendant Kernan acted with deliberate indifference to Plaintiff's serious mental health needs.

#157 Defendant Kernan directly participated in Plaintiff not recieving EOP level of care and "Structured therapeutic Activities"

#158 By failing to act on the violation of Plaintiff rights and failed to do anything to fix the situation

#159 The court approved CDCR mandates 10 hours per week of EOP-"structured therapeutic Activity" and there were two Master "Auditor Actions" denying CSP-Solano to house Plaintiff In ASU also a committee action releasing Plaintiff from ASU

#160 Despite this knowledge Defendant ①Error met

5-G

CMF
Adkins, D # K50145
P.O. Box 200000
Vacaville, CA 95696

#160 Kernan created a custom allowing the deliberate indifferenc to plaintiff serious mental health needs causing plaintiff pain, suffering and "immediate mental health care".

#161 It's like going to Kia Car company and asking them to build a Rolls Royce. The Rolls Royce will fall apart because Kia is not designated to have Roll's Royce parts or the Blue Prints.

#162 CSP-Solano is not designated for EOP-programing.

#162 Plaintiff reallege and incorporate paragraphs #107 - #163

#164 The defendants knew Plaintiff had a serious mental health needs. The defendants acted with deliberate indifference, choosing a level of care that was medically unacceptable violated plaintiff rights and consituted cruel and unusual punishment under the Eighth Amendment of the United states Constitution.

5-H

CMF
Adkins, D #K50645
P.O. Box 2000
Vacaville, CA 95696

1. Deliberate Indifference Serious Medical needs
under the Eighth Amendment.

2. CIAIM IIII   ☑ Medical care

3. Supporting Facts.

#165 On 7/17/2017 plaintiff recieved a prescription
for selenium sulfide topical (selenium sulfide 2.5%
topical lotion) Please see Exibit E

#166 Failure to treat Plaintiff scalp 3x
a week with lotion causes injury of itchy scalp,
then blisters that pop and leave blood and fluid in
Plaintiff bedding

#167 For instance take the back side of
a nestle crunch bar the choclate would be my
skin the rice that protrude the chocate would
be the itchy blisters.

4. Denial of prescribed lotion for plaintiff
serious medical need. Deliberate indifference causing
Plaintiff High Blood pressure attack "immediate
medical treatment".

5. Administrative Remedies

a. Are there any administrative Remidies   ☑ Yes

b. Did you submit a request for administrative relief
on CIAIM IIII   ☑ Yes

c. Did you appeal your request for relief on CIAIM
IIII to the highest level   ☑ Yes

d. If you did not submit or appeal a request for
administrative relief at any level, briefly explain
why you did not

5 - I

CMF
Adkins, D #K50645
P.O. Box 2000
Vacaville CA 95696

#168 Defendants Blackwell and M. Doe know that Plaintiff has a serious medical need (scalp itch) requiring selenium sulfide topical lotion

#169 On 8/24/2017 Defendant Blackwell acted with deliberate indifference to Plaintiff's serious medical need of scalp itch/selenium sulfide topical.

#170 On 8-25-17 Defendant M. Doe acted with deliberate indifference to Plaintiff's serious medical need of scalp itch/selenium sulfide topical.

#171 Plaintiff requested my selenium sulfide topical lotion from Defendants Blackwell and M. Doe both stated " take it up with medical.

#172 Defendant Blackwell and M. Doe conduct constitutes deliberate indifference to plaintiff's serious medical need

#173 Defendant Blackwell and M. Doe are not board certifide into scalp itch and they denied me treatment that was prescribed by a doctor causing itchy scalp.

#174 Defendants Blackwell and M. Doe, deliberate indifference to plaintiff serious medical need's violated plaintiff's right's and constituted cruel and unusual punishment under the Eighth Amendment of the United states Constitution

5-J

CMF
Adkins, D #K50645
P.O. Box
Vacaville

CIAIM IIII
Case 2:19-cv-00458-DAD-DMC   Document 44   Filed 10/18/21   Page 34 of 76
CR 4586Z

#175 Plaintiff is enrolled in the Cronic Care medical program due to Serious ongoing medical needs Benign essential hypertension, Chest pain, unspecified, Dysthymic disorder Esophageal reflux, HTN (hypertension) benign Lipidemia.

#176 Please see Exibit B② Second page paragraph titled Problem List/Past Medical History. #177 On 10/11/17 Defendant Douglass act with deliberate indifference to plaintiff serious medical needs

#178 Defendant Douglas denied Plaintiff EOP level of Care. Defendant Douglas conduct constitutes cruel and unusual Punishment. Plaintiff suffered immediate medical①due to elevated blood pressure please see Exibit C

#179 On 10/12/17 and 2/2/18 Defendant Dernoncourt acted with deliberate indifference to Plaintiff's serious medical needs by not housing Plaintiff in EOP level of care.

#180 Defendant Dernoncourt conduct constitutes cruel and unusual punishment Plaintiff had to recieve "immediate medical Care" for elevated blood twice please see Exibit C and Exibit G③ final page.

#181 On 2/1/18 Defendant Lee acted with deliberate indifference to Plaintiffs serious medical needs by housing

① Error immediate medical care
② Page 5
③ Page 22

5-K

CMF
Adkins, D #KS0645
P.O. Box
Vacaville

#182 plaintiff where I couldn't recieve EOP level of Care.

#183 Defendant Lee conduct constitutes deliberate indifference and caused Plaintiff injury.

#183 Plaintiff reallege and incorporate by reference #175-#184

#185 The defendant's chose housing where they knew Plaintiff would not get access to treatment that was prescribed by a doctor

#186 The defendant's conduct is medically unacceptable there not board certified ① any area of plaintiffs serious medical needs, which caused plaintiff injury and "immediate medical care" on two occasions.

#187 Defendant's deliberate indifference to Plaintiff's serious medical need's violated plaintiff's rights and Constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution.

① should read in any area

5-L

CMF
Adkins, D #K50646
P.O. Box 2000
Vacaville, CA 95696
CIAIM 5
Case 2:19-cv-00456-DAD-DMC   Document 44   Filed 10/18/21   Page 36 of 76

1. Deliberate indifference to a prison condition that denied Plaintiff Basic necessities

2. CIAIM 5    ☑ Basic necessities

3. Supporting Facts.

#188 The following Defendants acted with deliberate indifference to a serious prison condition that denied Plaintiff Basic necessities causing injury cruel and unusual punishment.

#189 On 10/11/2017 Defendant Douglas acted with deliberate indiference by using false reasons and Stating Plaintiff is not a participant in the Mental Health Services Delivery System at any level of care.

#190 Defendant Douglas Knows Plaintiff is EOP and CSP-Solano ASU is not designated to house EOP inmate Patients.

#191 Defendant Douglas Knows this ASU housing was denied multiple times.

4. Injury Denied Basic need of food causing immediate medical Care Please See Exibit B and Exibit C.

5. Administrative Remedies

a. Are there any administrative remedies ☑ Yes

b. Did you appeal your request for relief for CIAIM 5 to the highest level   ☑ Yes

c. Did you appeal your request for relief on CIAIM 5 to the highest level    ☑ Yes

d.    N/A

5-M

CMF
Adkins, D #K50415
P.O. BOX 2000
Vacaville
Case 2:19-cv-00454-DAD-DMC   Document 44   Filed 10/18/21   Page 37 of 76
CLAIMS

#191 by Master Auditor Actions

#192 Defendant Douglas knowingly and deliberately placed plaintiff in CSP-Solano ASU to be poisoned by food.

#193 On 10/12/17 Defendant Derncourt acted with deliberate indifference to Plaintiff basic need of food and failed respond reasonably to Plaintiff injuries.

#194 Denfendant Dernoncourt knows that CSP-Solano was denied ASU Placement for Plaintiff multiple times by Master Auditor Actions.

#195 On 10-12-2017 Witnesses RN Mary Spurgeon treated Plaintiff with clonidine and submitted a mental health refferal to Dr Jaystone and stated custody say's plaintiff beena a lil uncoperative Please see Exibit.

#196 Psychologist Faggianelli responded to Plaintiff being unable to eat due to poison in Plaintiff, stated is in a fragile state placed Plaintiff in crisis calming due to injuries Please see Exibit B.

#197 Based on Preponderance of evidence that on 10-12-17 Defendant Dernoncourt stated Plaintiff refused to respond/Participate, she Defendant Dernoncourt interfered with Mary Spurgeon immediate medical care and stated Plaintiff beena lil uncoperative and failed to

① should read Plaintiff food

5-N

CMF
Adkins, D # K50645
P.O. BOX 8000 # 93646
Vacaville

#198 reasonably respond to Plaintiff injuries due to her deliberate indifference which denied food thats not poisoned causing cruel and unusual punishment.

#199 The following Defendants knowingly and deliberately acted with deliberate indifference to plaintiff's serious prison condition denying plaintiff soap, toothpaste, causing injury and cruel unusual punishment

#200 The following Defendants knowingly and deliberately defied Master Auditor Actions, who denied CSP-Solano, ASU Placement for Plaintiff,

#201 To deny Plaintiff Basic need of Soap and toothpaste.

#202 On 8/24/2017 Defendant Blackwell acted with Deliberate indifference by using false reason's to Place Plaintiff in CSP-Solano ASU to be issued itchy Soap and Rancid toothpowder.

#203 On 8/25/17 Defendant M.Doe acted with Deliberate indifference by using false reason's to Place Plaintiff in CSP-Solano ASU to be issued itchy Soap and Rancid tooth-powder.

#204 On 8/30/2017 Defendant's Sherman, Garcia, McComas and Neuschmid acted with Deliberate indifference by using false

CMF
Adkins, D #K50645
P.O. Box 2000
Vacaville #9A95696

CLAIM 5

Case 2:19-cv-0045 DAD-DMC   Document 44   Filed 10/18/21   Page 39 of 76

#205 Comments to retain Plaintiff in CSP-Solano ASU to be issued itchy Soap and Rancid tooth powder.

#206 On 10/11/17 Defendant Douglas acted with Deliberate indifference by using false reason's to Place Plaintiff in CSP-Solano ASU to be issued itchy Soap and rancid toothpowder.

#207 On 10/12/17 and 2/2/18 Defendant Dernoncourt acted with Deliberate indifference by using false reason's to Place Plaintiff in CSP-Solano ASU to be issued itchy Soap and rancid toothpowder.

#208 On 10/18/2017 Defendants Sherman, Garcia, McComas and Arnold acted with deliberate indifference by using false committee comments to retain① Plaintiff in CSP-Solano ASU to be issued itchy Soap and Rancid tooth Powder.

#209 On 2/1/2018 Defendant Lee acted with Deliberate indifference by using false reason's to Place Plaintiff in CSP-Solano ASU to be issued itchy Soap and rancid toothpowder.

#210 The defendant's Knowingly and deliberately failed to respond to Plaintiff Serious Prison condition that the ASU soap made Plaintiff itch and the tooth Powder when in use the

① Error retain

5-p

CMF
Adking #K50645
P.O. Box 2000
Vacaville CA 95696

1  #211 toothpowder turns into a gluey substance and
2  makes plaintiff nauseous.
3        #212 As a out to court EOP-inmate
4  Patient the defendants know Plaintiff is not allowed
5  to bring personal Soap, the unconstitutional
6  CSP-solano ASU placement denied plaintiff liquid
7  soap that's issued in CSP-solano MHCB
8        #213 The defendants conduct denied
9  Plaintiff soap and toothpaste causing Plaintiff
10  injury, Auditory hallucinations please Exibit A; suicidal
11  ideation, Auditory hallucinations, Poisoned food, Plaintiff
12  was entered into "Crisis Calming" Please see Exibit B;
13  immediate medical and mental health refferal please,
14  See Exibit C; Immediate mental health and Medical
15  care. Please see Exibit G.
16        #214 Plaintiff Claim against multiple
17  defendants, arise out of the same transaction or
18  occurence or series of transactions and there commnn
19  questions of law or facts, there also a similarity of
20  parties and all transactions occured at CSP-solano
21        #214 Plaintiff reallege and incorporate
22  by reference paragraphs 1-215
23        #216 The defendants Conduct denied
24  Plaintiff basic necessities, a Violation under the
25  cruel and unusual punishment clause 8th Amendment
26  to the Constitution.
27
28

1  wherefore, plaintiff respectfully pray that this
2  court enter judgment:
3          Granting Plaintiff Adkins compensat-
4  ory damages in the amount of $70,000 against each
5  defendant.
6          Plaintiff Adkins seek punitive damages
7  against each defendant in the amount of $70,000
8          Plaintiff also seek a jury trial on all
9  issues triable by jury, Plaintiff also seek recovery
10 of my costs in this suit, and Any additional relief
11 this court deems just, proper, and equitable.
12 Dated September 26, 2021
13     Respectfully Submitted,
14 DuPree Lamont Adkins
15 #K50645
16 California Medical Facility
17 P.O. Box 2000
18 Vacaville, CA 95696
19          V E R I F I C A T I O N
20 I have read the foregoing Complaint and hereby
21 verify that the matters alleged therein are true,
22 except as to matters alleged on information
23 and belief, and, as to those, I believe them to be
24 true. I certify under penalty of perjury that the
25 foregoing is true and correct.
26 Executed at Vacaville, California September 26, 2021
27 DuPree Lamont Adkins
28 DuPree Lamont Adkins

5~R

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Granting Plaintiff Adkins a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the United States, and A preliminary injuction ordering a federal investigation into the origins of Angela Sherman false clinician comments, for the findings of said investigation be issued to this honorable court and Plaintiff prior to any dismisal motion by the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-26-2021
          DATE

Dunree L. Adkins
          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# APPENDIX AND PAGES OF EXHIBITS

Exibit A... Vita Callari Licensed Clinician Social Worker pg. 1-3

Exibit B... Patrick Faggianelli Psychologist  Pg. 4-12

Exibit C... Mary Spurgeon, Registered Nurse Pg. 13

Exibit D... Pickett, Lee Psychologist  Pg. 14

Exibit E... Mojica, Angelo  P&S  Ordering Physician  Pg. 15

Exibit F... T. Wamble  ADA Coordinator  (RAP) Response Pg. 16-17

Exibit G... S. Parroff, PhD  Clinical Psychologist (Scott, Wayne P/S)Pg
18-22

Exibit H... Herman Morris, HRT II, Supervisor  "Affidavit" Pg. 23-24

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville

Exibit A

Callari, Vita Lic CSW

CMF
Adkins, D #K50645
P.O. Box 2000
Vacaville CA 95696

**SOL - California State Prison, Solano**

Patient:  **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:  10/26/1966 / 53 years    / Male       CDCR: K50645

| *Mental Health IDTT MPage Forms* |
|---|

Catalog Code:  sertraline ; Order Dt/Tm:  8/24/2017 18:34:39

+1-lisinopril 10 mg Tab        :  +1-lisinopril 10 mg Tab ; *Status:*  Ordered ; *Ordered As*
                               *Mnemonic:*  lisinopril ; *Simple Display Line:*  10 mg, Oral,
                               Daily-KOP ; *Ordering Provider:*  Keystone, Jay P&S; *Catalog*
                               *Code:*  lisinopril ; *Order Dt/Tm:*  8/25/2017 10:39:25

+1-ziprasidone 80 mg Cap       :  +1-ziprasidone 80 mg Cap ; *Status:*  Ordered ; *Ordered As*
                               *Mnemonic:*  Geodon ; *Simple Display Line:*  80 mg, Oral,
                               BID12+BED ; *Ordering Provider:*  Huq, Firdouse Psychiatrist;
                               *Catalog Code:*  ziprasidone ; *Order Dt/Tm:*  8/24/2017 18:34:56
                               ; *Comment:*  best taken with food; Heat Risk Medication

*Home Meds*
enalapril                      :  enalapril ; *Status:*  Documented ; *Ordered As Mnemonic:*
                               enalapril 5 mg oral tablet ; *Simple Display Line:*  1 tab, Oral,
                               qAM-KOP, 1/27/17. Need new order., 10, 0 Refill(s) ; *Catalog*
                               *Code:*  enalapril ; *Order Dt/Tm:*  12/5/2016 11:03:11

**Consciousness,Orientation,Interaction**
*Level of Consciousness MH :*  Alert
*Level of Consciousness Comments MH :*  Seems internally preoccupied
*Orientation Assessment MH :*  Oriented x 4
*Interaction With Others MH :*  Interacts on approach with staff
                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Motor and Speech**
*Psychomotor Behavior MH :*  No problem noted
*Speech MH :*  No problem noted
*Speech Rate MH :*  No problem noted
*Speech Rhythm MH :*  No problem noted
*Speech Volume :*  No problem noted
                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Appearance and Behavior**
*Appearance MH :*  Appropriate
*Behavior MH :*  Passive
*Attitude Toward Interview MH :*  Distracted
                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Attention, Concentration, Memory**
*Attention MH :*  Internally Preoccupied
                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Mood and Affect**
*Mood MH :*  "I am anxious I want to get out of here and go back to CMC."
*Affect MH :*  Flat, Apprehensive

---

Report Request ID:   33057821                    Print Date/Time:   9/11/2020 23:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SOL - California State Prison, Solano**

Patient:      **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:   10/26/1966 / 53 years     / Male          CDCR: K50645

| *Mental Health IDTT MPage Forms* |
| --- |

*Affect Intensity MH :*  Flat
*Affect Appropriate MH :*  Congruent
*Affect Range MH :*  Restricted
*Affect Reactivity MH :*  Reactive

Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Thought Content & Perceptions**
*Thought Process MH :*  Coherent
*Thought Content MH :*  Preoccupied
*Thought Content Comments MH :*  Patient reports chronic and acute AH. He states meds help a little. He reports he is experiencing AH at this time and having a radio and being med compliant helps him.
*Delusions MH :*  None Apparent
*Delusions Comments MH :*  But certainly and at time externally preoccupied
*Perceptual Disturbances MH :*  Auditory hallucinations
*Perceptual Disturb Quality/Content MH :*  Loud/Yelling

Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Insight and Judgment**
*Insight MH :*  Partial - minimizes problems or need for treatment
*Insight Comments MH :*  Not i.nsightful about MH issues
*Judgment :*  Poor/Impaired
*Judgment Comments MH :*  I/P appears to be internally and externally preoccupied. He is at EOP LOC and reports chronic and acute AH "I hear one voice telling me to jump off a bridge."

Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Intellectual Functioning**
*Intellectual Functioning Appears :*  4B. Cannot complete simple calculations

Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Functional Impairments**
*Mobility :*  Independent

Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Clinical Summary & Case Formulation**
*MH Case Formulation :*  There was a discussion at IDTT and schizoaffective was ruled out and MDD severe with psychotic features was agreed dx by the team.

Due to patient history of a unstable home life and  placements in foster care. Substance abuse hx. Death of father when he was 3 years old.  Incarceration patient has developed maladaptive patterns of behaving and coping with difficult circumstances. He has chronic and acute AH that are being addressed with MH medications and he will remain in EOP LOC at this time to learn appropriate ways to cope with difficult circumstances.

Callari, Vita Lic CSW - 8/29/2017 14:47 PDT

*Clinical Summary :*  Past and current report:

IP is a 50-year-old Black male serving a life sentence for first degree murder.  He was born in San Diego, California.  His father was killed when he was 3 years old and he reports being raised by his grandmother.  He has 3 aunts living in the San Diego area, along with 3 children. He is not currently married. He reports that his family is generally supportive and that he is in contact with his children.He was seen today as a new arrival  out to court. He arrives with a diagnosis of MDD. He also says  that he has auditory hallucinations. He describes this as a voice telling him to "jump off a bridge". IP denies specific intention to engage in any self-harm behavior, including jumping off a tier.  He says that this worsens when he is feeling stressed or

---

Report Request ID:    33057821                              Print Date/Time:   9/11/2020 23:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

. 2

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville CA 95696

**SOL - California State Prison, Solano**

Patient:         **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:  10/26/1966 / 53 years      / Male           CDCR: K50645

| *Mental Health IDTT MPage Forms* |
|---|

depressed. He attributes this to the stress of being in a new institution and not having his property which includes his legal paperwork. IP says that he has been incarcerated for 20 years for murder that he did not commit. He states that he is currently working with an attorney to get his conviction overturned . He states that he is sleeping well, through the night. He currently denies any suicidal thoughts. He does have a past history of suicide attempt about 8 years ago by hanging. He says that this happened after his grandmother died and several other family members died while he was incarcerated. He reports a history of alcohol and substance abuse, but denies any recent use. There is no history of mental health treatment prior to being incarcerated. His only medical concern at this time is hypertension. He rates his overall mood as 5/10 today, 10 = good. He will remain in the mental health treatment program at the EOP level of care. We reviewed his current treatment plan is current treatment goals. He will appear for IDTT committee meeting today.


*Predisposing Factors :*  PREDISPOSING FACTORS =Unstable home life and  placements in foster care. Substance abuse hx. Death of father when he was 3 years old.  Incarceration.


*MH Perpetuating Factors :*  MH factors, poor insight, Long prison sentence
*Precipitating Factors :*  PRECIPITATION FACTORS = Deaths of multiple family members in short periods of time. I/M's sister has HIV, but she has stop using drugs.  Incarceration and IP belief that he was wrongly convicted.

*Maintaining Factors :*  MAINTAINING FACTORS =Depressed mood 1X/week, Anxiety over not having his property which includes his legal paperwork (inmate recently transferred from Folsom state prison and his property has not arrived yet). His HX of drug addiction & SA when under stress.


                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT

**Current Diagnosis**
*Recommended Level of Care :*  Patient is in EOP LOC now housed here in SOL as an out to court I/P. Provisionla dx of MDD and a R/O by this PC of schizoaffective D/O

                                                    Callari, Vita Lic CSW - 8/29/2017 14:26 PDT
                                                    (As Of: 8/29/2017 14:49:16 PDT)

Problems(Active)

| | |
|---|---|
| Benign essential hypertension (SNOMED CT :3135013 ) | *Name of Problem:*  Benign essential hypertension ; *Recorder:*  Ramos, Daniel PA; *Confirmation:*  Confirmed ; *Classification:* Medical ; *Code:*  3135013 ; *Contributor System:*  PowerChart ; *Last Updated:*  8/22/2016 14:15 PDT ; *Life Cycle Date:* 8/22/2016 ; *Life Cycle Status:*  Active ; *Responsible Provider:* Ramos, Daniel PA; *Vocabulary:*  SNOMED CT |
| Chest pain, unspecified (SNOMED CT :49966017 ) | *Name of Problem:*  Chest pain, unspecified ; *Recorder:* Ramos, Daniel PA; *Confirmation:*  Confirmed ; *Classification:* Medical ; *Code:*  49966017 ; *Contributor System:*  PowerChart ; *Last Updated:*  8/22/2016 14:15 PDT ; *Life Cycle Date:* 8/22/2016 ; *Life Cycle Status:*  Active ; *Responsible Provider:* |

Report Request ID:    33057821                           Print Date/Time:  9/11/2020 23:21 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

3

Adkins, D#K50645
CMF
P.O. Box 2000
Vacaville

Exibit B

Faggianelli, Patrick Psychologist

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville, CA 95696

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**SOL - California State Prison, Solano**
2100 Peabody Road
Vacaville, CA 95696-

| | | |
|---|---|---|
| **Patient:** | **ADKINS, DUPREE LAMONT** | |
| DOB/Age/Sex: | 10/26/1966 53 years   Male | CDCR #:   K50645 |
| Encounter Date: | 1/2/2019 | PID #:   11801525 |
| Attending: | Keystone,Jay P&S | Referring: |

## *Mental Health Documentation*

Document Type:                MHPC Consult Urgent Progress Note
Document Subject:            MH consult note
Service Date/Time:           10/13/2017 13:48 PDT
Result Status:                 Auth (Verified)
Perform Information:         Faggianelli,Patrick Psychologist (10/13/2017 14:00 PDT)
Sign Information:             Faggianelli,Patrick Psychologist (10/13/2017 14:00 PDT)
Authentication Information: Faggianelli,Patrick Psychologist (10/13/2017 14:00 PDT)

**Inmate's Program and Level of Care**
EOP currently in ad-seg awaiting a court appearance scheduled for 10-20-17.

**New Issues/Complaints**
Presenting Problem MH
10/12/17 16:25:36
Pt refused to engage with MH. Pt was in SOL ASU in the past and has positive relationships with some MH and custody staff. Pt was responsive and engaged with selected staff. He took his KOP meds and attends to his ADLs. His cell was neat and organized. PC made 3 attempts at cell front to engage with Pt. Each time he was found sitting on the site of his cot, appropriately dressed in CDCR issue clothing and shoes. Both feet were planted on the ground next to his bed. He was sitting in an upright position with his hands resting in his lap. He did not appear to be in discomfort or distress. His head was positioned in a forward position with his eyes gazing downward. He did not respond to this writer or make eye contact, however, he did look to the cell door when the psych tech spoke to him. Pt did not speak back but demonstrated to be responsive to psych techs attempts to engage. Approximately 30 min after the 3rd attempt to engage Pt at cell door, custody informed PC that Pt agreed to be escorted to treatment module. Once in treatment module Pt again assumed same position as previous observed in cell and did not respond to PC. PC explained ASU policies and procedures around MH services including confidentiality. Pt was informed that material discussed with PC is confidential except for reports of danger to self or others, either in prison or in the community and any threats to the safety of the institution. Reports of child, dependent adult or elderly abuse will also be reported. PC explained the risks and benefits of engaging in mental health treatment and encouraged Pt. to advocate for himself. PC continued to sit motionless and silent. PC explained methods of contacting mental health if needed prior to next scheduled appointment, including emergency services if experiencing suicidal thoughts and/or unable to cope. Pt did not respond. When PC asked Pt if he had eaten today he responded by saying"you are trying to poison me". When PC enquired further PT stated"I want to go back to my house". Pt refused to engage further. He maintained his sideways sitting position and never turned his head toward PC. His voice was clear and at a normal volume. Speed was also WNL. He did not appear to be experiencing any psychotic sx. He was responsive to custodies instructions to cuff up and was escorted back to his cell without any problems. **Pt. is housed in SOL ASU for Out-to-Court and it may be of interest to explore Pt's motivation for secondary gains.** PC briefly discussed her clinical impression with psych techs and medical custody officers. Pt will be monitored according to ASU policy and procedure.
Signed By: Sullivan, Helene Social Worker

**Active Consult Orders**
MHPC Consult Routine - Ordered
-- 10/13/17 0:01:00 PDT, 10/13/17 0:01:00 PDT, Anxious / fearful / nervous, MHPC, 7 days, Schedule once within 5 business days, Patient had suicidal ideation needs support, 10/13/17, 10/20/17 23:59:00 PDT
MHPC Consult Urgent - Ordered
-- 10/13/17 0:01:00 PDT, 10/13/17 0:01:00 PDT, Anxious / fearful / nervous, MHPC, 24 hours, Schedule once within 24 hours, Patient had suicidal ideation and needs support, 10/13/17, 10/14/17 23:59:00 PDT
MHPC Consult Urgent - Completed
-- 10/13/17 11:00:00 PDT, 10/13/17 23:00:00 PDT, Anxious / fearful / nervous, MHPC, 24 hours, Schedule once within 24 hours, 10/13/17 23:59:00 PDT

**Subjective/History of Present Illness**
When I first met with this patient he was not eating, not talking in any detail and not responsive to custody or health services. As we talked he became responsive, engaged in conversation, agreed to eat and demonstrated an improvement in his mood and a willingness to engage with custody and health services staff. He had some thoughts of suicide last night but had control over those thoughts and he responded when he began to feel that people were caring about him. He is very motivated to continue his mental health treatment.
Per patient's self report his primary stressor is not the court date, he doesn't care about losing in court as he is a lifer and even if found guilty it will not affect his life sentence. The

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

.4

**SOL - California State Prison, Solano**

Patient: **ADKINS, DUPREE LAMONT**
DOB/Age/Sex: 10/26/1966 / 53 years    / Male          CDCR: K50645

---

### *Mental Health Documentation*

---

**Current Status of Illness**
Patient is anxious, depressed and having some auditory hallucinations.

**Collateral**
I spoke with the psych tech in ad seg as well as to custody staff there.

**Mental Status**
Patient dressed in CDCR issue attire, with appropriate hygiene/grooming, appearing to be his stated age. He was cooperative with the interview, offering information in a pleasant manner. He was focused and attentive to the interview task, with occasional lapses when he would pause in thought. He endorsed auditory hallucinations which decreased during the course of the interview. He endorsed suicidal ideation last night but denied having any today. He endorsed paranoia worrying that the food he was getting might be poisoned which decreased during the course of the interview.

**Assessment/Progress Towards Discharge**
Chronic kidney disease (CKD)
Dyslipidemia
Dysthymic disorder
GERD (gastroesophageal reflux disease)
High blood pressure, HTN (hypertension), Hypertension
IHD (ischemic heart disease)
Major depressive disorder, recurrent episode, severe, with psychosis
Scalp itch
Schizoaffective disorder
Orders:
MHPC Consult Routine
MHPC Consult Urgent

**Plan/Disposition**
In order to bolster his support I am putting in an urgent referral so he will be seen by a clinician tomorrow. I will place a routine order for his PC and inform her of my work with the patient today. I suggest that a psych tech see him every day as long as he is here during his court stay. I believe the patient is rather fragile and needs daily contact at this time.
After court it is important that patient be transferred back to an EOP facility asap to prevent him from decompensating.

Electronically Signed on 10/13/2017 02:00 PM PDT

_____
Faggianelli, Patrick Psychologist, Psychologi

primary stressor is losing his EOP LOC treatment, particularly the groups he participates in.

**Problem List/Past Medical History**
Ongoing
  Benign essential hypertension
  Chest pain, unspecified
  Dysthymic disorder
  Esophageal reflux
  HTN (hypertension), benign
  Lipidemia
  Major depressive disorder, recurrent episode, severe, with psychosis
  Pure hypercholesterolemia
Historical
  No qualifying data

**IPOC Goals**
No qualifying data available

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Moderate (10/13/17 12:43:44)
CHRONIC RISK: High (10/13/17 12:43:44)
CSSRS Intensity of Ideation Total Score: 5 (10/13/17 13:40:10)
CSSRS Lifetime, Most Severe Ideation: 4 (10/13/17 12:43:44)

---

Report Request ID:   24440014            Print Date/Time:   11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**SOL - California State Prison, Solano**
2100 Peabody Road
Vacaville, CA 95696-

| | | |
|---|---|---|
| **Patient:** | **ADKINS, DUPREE LAMONT** | |
| DOB/Age/Sex: | 10/26/1966  53 years     Male | CDCR #:    K50645 |
| Encounter Date: | 1/2/2019 | PID #:      11801525 |
| Attending: | Keystone,Jay P&S | Referring: |

---

## *Mental Health Forms*

---

**Suicide Risk and Self-Harm Evaluation Entered On: 10/13/2017 12:43 PDT**
**Performed On:  10/13/2017 12:25 PDT by Faggianelli, Patrick Psychologist**

### Reason for Assessment

*Reason for Assessment: :*  Patient is in ad-seg for a court appearance, court date is 10-20-17. He was EOP at CMC and he is distressed, not eating, being mostly non communicative, and a nurse last night completed an urgent order for mental health to assess patient's level of functioning.  Patient informed me that he thought he was being poisoned, he was depressed and he had suicidal thoughts last night.

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
[ [Patient is in ad-seg for out of court appearance, court date is 10-20-17. He was EOP at CMC and he is distressed, not eating, and was not talking with a nurse last night who completed an urgent order for mental health to assess patient's level of functioning.
] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];

*Sources of information :*  C/O or Staff Interview, I/P Interview, UHR
(Comment: CO's told me that he had not been eating at all yesterday or today. Psych tech told me that patient had not been talking to anyone. [Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT] )

Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT
[ [C/O or Staff Interview, I/P Interview]  - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];
### C-SSRS Suicidal Ideation

*If yes, describe: :*  Last night he believed that "the administration" was angry at him and was poisoning his food.  He was missing his mental health groups and treatment and contemplated how he could kill himself.
*CSSRS Suicidal Ideation w- Intent Comment 2 :*  see above

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
*1a. Have you wished you were dead or wished you could go to sleep and not wake up in the past month? (ref) :*  Yes
*CSSRS Wish to be Dead 2 :*  Yes

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT
*CSSRS Wish to be Dead Comment 2 :*  Grandmother died and he also felt custody was conspiring against him in a way that could get him killed.

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
[ [Grandmother died and he also felt custody was doing him wrong.]  - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];
*2a. Have you actually had any thoughts of killing yourself in the past month? (ref) :*  Yes

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT
*If yes, describe: :*  "I was thinking of ways I might kill myself but they've made it harder.  I need to get my mental health treatment going.  He said to me "I like you and respect you and believe you care so I'm not going to kill myself now."

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT

---

Report Request ID:  24440015                                Print Date/Time:  11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

.6

**SOL - California State Prison, Solano**

Patient: **ADKINS, DUPREE LAMONT**
DOB/Age/Sex: 10/26/1966 / 53 years     / Male          CDCR: K50645

---

### *Mental Health Forms*

---

~~{ ["I was thinking of ways I might kill myself but they've made it harder. I need to get my mental health treatment going. I like you and respect you and believe you care so I'm not going to kill myself now."] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT;~~

*CSSRS NonSpecific Active Suicide Thought 2 :*  Yes
*CSSRS Non Specific Suicide Thought Cmnt 2 :*  Patient suffered family members loss in 2009 and tried to kill himself by hanging.
*3a. Have you been thinking about how you might do this in the last month? (ref) :*  Yes
*CSSRS Suicidal Ideation w- Method Cmnt :*  Yesterday I was thinking about that.
*CSSRS Suicide Idea w- Method No Intent 2 :*  No
*4a. Have you had these thoughts and had some intention of acting on them in the past month? (ref) :*  Yes
*If yes, describe: :*  Last night
*CSSRS Active Suicide Idea Intent no Plan 2 :*  Yes

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT
*5a. Have you started to work out or worked out the details of how to kill yourself in the past month? Do you intend to carry out this plan? (ref) :*  No

~~{ [Yes] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~
~~If yes, describe: :  Yes I thought about it but I don't want to do it now.  I want to program and get my mental health treatment.~~
~~[IN ERROR]~~

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
~~{ [Yes I thought about it but I don't want to do it now.  I want to program and get my mental health treatment.] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

*CSSRS Suicidal Ideation Intent w-Plan 2 :*  No
*Suicide Calculation :*  15

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**C-SSRS Intensity of Ideation**
*Intensity of Most Severe Lifetime Ideation :*  4
*Intensity of Most Severe Recent Ideation :*  4
*How many times have you had these thoughts? :*  Less than one week

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT
*When you have the thoughts how long do they last? :*  Fleeting, few seconds or minutes
~~{ [Less than one hour, some of the time] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~
*CSSRS Controllability of Suicidal Thoughts :*  Can control thoughts with some difficulty

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
~~{ [Can control thoughts with little difficulty] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

*Are there things, anyone or anything (e.g., family, religion, pain of death) that stopped you from wanting to die or acting on thoughts of committing suicide? :*  Deterrents definitely stopped you from attempting suicide

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT
*What sort of reasons did you have for thinking about wanting to die or killing yourself? Was it to end the pain or stop the way you were feeling (in other words you couldn't :*  Does not apply

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
~~{ [Mostly to end pain, can't go on living with pain or feelings] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

**C-SSRS Intensity of Ideation Score**
*CSSRS Intensity of Ideation Total Score :*  5

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT

---

Report Request ID:    24440015                              Print Date/Time:   11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

.7

**SOL - California State Prison, Solano**

| Patient: | **ADKINS, DUPREE LAMONT** | |
|---|---|---|
| DOB/Age/Sex: | 10/26/1966 / 53 years | / Male | CDCR: K50645 |

---

## Mental Health Forms

{ [9]   previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT};

**C-SSRS Suicidal Behavior**
*1a. Actual Attempt in past 3 months (ref) :*  No
*CSSRS Actual Suicide Attempt 2 :*  Yes
*Lifetime Total Number of Attempts :*  1
*CSSRS Actual Suicide Attempt Comment 2 :*  2009 by hanging
*2a. Has subject engaged in Self-harm without intent in past 3 months? :*  No
*CSSRS Engaged Non Suicidal Injury 2 :*  No

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**Lethality and Medical Damage**
*Actual Lethality, Most Recent Attempt Date :*  See note in chart, regarding 2009 attempt.
*Actual Lethality, Most Recent Attempt :*  Severe injury
*Preparation for most recent attempt :*  Significant preparation (plans, means, etc)

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**Suicide and Self-Harm Summary**
*Suicide and Self-Harm History :*  Yes

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

*Suicide and Self-Harm History Narrative :*  Per previous clinician: "IP experienced SI in 08/2017: "When I was at Solano. They just used the loophole to put me in Ad SEG. It was not EOP. I'd get sad, empty mad, feel helpess like nobody cares. Just be beter to get it over with." No plans or means.
Per ehrs: Mr. Adkins has been to MHCB & DMH due to 1 suicide attempt via rope 8/2009 due to the death of numerous older family member including his grandmother. This occurred at Donovan. He woke up in the ambulance with a neck brace on. He remained in hospital for 2 days. He experienced SI in 2016 when he discovered that his daughter had been arrested for prostitution and his aunt was struggling with health concerns. He also had 2 instances of having severe agitation with SI prior to 08/2009 that he could not remember the details of."

Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT
Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT

{ [Per previous clinician:  "IP experienced SI in 08/2017: "When I was at Solano. They just used the loophole to put me in Ad SEG. It was not EOP. I'd get sad, empty mad, feel helpess like nobody cares. Just be beter to get it over with." No plans or means.
Mr. Adkins has been to MHCB & DMH due to 1 suicide attempt via rope 8/2009 due to the death of numerous older family member including his grandmother. This occurred at Donovan. He woke up in the ambulance with a neck brace on. He remained in hospital for 2 days. He experienced SI in 2016 when he discovered that his daughter had been arrested for prostitution and his aunt was struggling with health concerns. He also had 2 instances of having severe agitation with SI prior to 08/2009 that he could not remember the details of."

]   previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT};
{ [Per previous clinician:  "IP experienced SI in 08/2017: "When I was at Solano. They just used the loophole to put me in Ad SEG. It was not EOP. I'd get sad, empty mad, feel helpess like nobody cares. Just be beter to get it over with." No plans or means.
Mr. Adkins has been to MHCB & DMH due to 1 suicide attempt via rope 8/2009 due to the death of numerous older family member including his grandmother. This occurred at Donovan. He woke up in the ambulance with a neck brace on. He remained in hospital for 2 days. He experienced SI in 2016 when he discovered that his daughter had been arrested for

---

| Report Request ID:    24440015 | Print Date/Time:   11/27/2019 08:45 PST |
|---|---|

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**SOL - California State Prison, Solano**

Patient: **ADKINS, DUPREE LAMONT**
DOB/Age/Sex: 10/26/1966 / 53 years    / Male        CDCR: K50645

---

### *Mental Health Forms*

---

~~prostitution and his aunt was struggling with health concerns. He also had 2 instances of having severe agitation with SI prior to 08/2009 that he coulds not remember the details of."~~

~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT};~~

Suicide History Grid

| | Suicide Attempt #1 |
|---|---|
| *Suicide Attempt Date :* | 8/1/2009 PDT |
| *Intent to Die :* | Yes |
| *Suicide Method :* | Hanging |
| *Lethal Method? :* | Yes - if the inmate had not been discovered he/she would have died |
| *Medical Severity (1-4) :* | 4 - Severe, requiring intensive medical/surgical management; Hospitalization required |
| *Mental Health Follow-Up :* | Yes |
| | Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT |

*inmate's self-harm behavior non-suicidal :*   Patient denied a hsitory of self-harm behavior without intent.

~~{ [Patient denied a hsitory of self-harm behavior without intent.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT};~~
~~{ [Patient denied a hsitory of self-harm behavior without intent.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT};~~

*Significant anniversary dates :*   "No." Patient denied any significant dates/anniversaries.

~~{ ["No." Patient denied any significant dates/anniversaries.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT};~~
~~{ ["No." Patient denied any significant dates/anniversaries.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT};~~

*Identified self-harm/suicidal triggers :*   "I don't know, I can't say." In the past, it appears that he has been triggered by bad news about family, feeling wrongly housed, such as in ASU or not in EOP level of care.

~~{ ["I don't know, I can't say." In the past, it appears that he has been triggered by bad news about family, feeling wrongly housed, such as in ASU or not in EOP level of care.~~

---

Report Request ID:    24440015                                   Print Date/Time:   11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

.9

SOL - California State Prison, Solano

Patient:        **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:   10/26/1966 / 53 years     / Male            CDCR: K50645

| *Mental Health Forms* |
|---|

~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT];~~
~~{ ["I don't know, I can't say." In the past, it appears that he has been triggered by bad news about family, feeling wrongly~~
~~housed, such as in ASU or not in EOP level of care.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

*History of successful coping strategies :*  Use of imagery, support of treatment team, "try to stay positive," staying away fromates that are full of crap, stay away from staff they he judges could be a rpoblem. I exercise, I like sports (watching), try to read.

Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT

~~{ [Use of imagery, support of treatment team, "try to stay positive," staying away fromates that are full of crap, stay away from~~
~~staff they he judges could be a rpoblem. I exercise, I like sports (watching), try to read.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT];~~
~~{ [Use of imagery, support of treatment team, "try to stay positive," staying away fromates that are full of crap, stay away from~~
~~staff they he judges could be a rpoblem. I exercise, I like sports (watching), try to read.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

**Chronic Risk Factors**
*Family history of suicide(s) :*  No
*History of psychiatric disorder :*  Yes
*History of abuse :*  Yes
*History of substance abuse :*  Yes
*History of violence (including index crime) :*  Yes
*Chronic medical illness :*  No
*Chronic pain problem :*  No
*First prison term :*  Yes
*Sex offender :*  No
*Long or life sentence :*  Yes
*Caucasian/White ethnicity :*  No
*Older than 35 years of age :*  Yes
*Male :*  Yes

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**Acute Risk Factors**
*Recent trauma (including sexual trauma) :*  No
*Recent bad news :*  No
*Anniversary date :*  No
*Recent negative staff interactions :*  No
*Recent disciplinary ("115") :*  No
*Single cell placement :*  Yes
(Comment: Patient prefers single cell, not a risk factor. [Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT] )
*Negative housing change in housing :*  Yes
(Comment: Patient does not like being in ad-seg but due to being out to court is not now in an EOP facility. [Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT] )
*Safety concerns (e.g., gang dropout) :*  No
*Early in prison term :*  No

Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT

*Active or Passive :*  Active
*Recent suicide attempt :*  No

Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT

---

Report Request ID:    24440015                          Print Date/Time:   11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

./0

CMF
Adkins, D#K50645
P.O. BOX 2000

**SOL - California State Prison, Solano**

Patient:     **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:  10/26/1966 / 53 years     / Male          CDCR: K50645

| *Mental Health Forms* |
| --- |

*Suicidal Ideation MH :*  **Yes**
*Current/recent depressive symptoms :*  **Yes**
*Current/recent psychotic symptoms :*  **Yes**
*Current/recent anxiety or panic symptoms :*  **Yes**
*Current/recent subst abuse/intoxication :*  No
*Agitated or angry :*  No
*Disturbance of mood/lability :*  **Yes**
*Current/recent violent behavior :*  No
*Perception of loss of social support :*  **Yes**
*Increasing interpersonal isolation :*  **Yes**
*Hopelessness/helplessness :*  **Yes**
*Recent serious medical diagnosis :*  No
*pain problems :*  No
*Medication hoarding/cheeking :*  No

                                        Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**Protective Factors / Buffers**
*Family support :*  Yes
*Religious/spiritual/cultural beliefs :*  Yes
*Interpersonal social support :*  Yes
*Future orientation/plans for future :*  Yes
*Exercises regularly :*  Yes
*Positive coping/conflict resolution :*  Yes
*Children at home :*  Yes
*Spousal support :*  No
*Insight into problems :*  Yes
*Job or school assignment :*  No
*Active and motivated in psych treatment :*  Yes
*Sense of optimism; self-efficacy :*  Yes

                                        Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

**Additional Information and Warning Signs**
*Warning sign of imminent suicide present :*  I - Ideation: Active or passive ideas - contents?, A- Anxiety: Agitation/panic?
                                        Faggianelli, Patrick Psychologist - 10/13/2017 13:02 PDT
*Additional Information :*   He acknowledges a long-standing history of auditory hallucinations, but reports that these are
usually managed adequately with medications and he noted that after talking with me and agreeing to eat and proceed with
the plan of continuing to live and program the voices in his head have decreased.  He does express some paranoid thoughts
about "the administration". He appears to need EOP level of care.  He is cooperative today.  All responses are clear and
direct.  He is hopeful about the future.

                                        Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT
{ { He acknowledges a long-standing history of auditory hallucinations, but reports that these are usually managed adequately
 with medications and he noted that after talking with me and agreeing to eat and proceed with the plan of continuing to live
 and program the voices in his head have decreased.  He does express some paranoid thoughts about "the administration".
 Hhe appears to need EOP level of care.  He is cooperative today.  All responses are clear and direct.  He is hopeful about the
                                                                                                              future.
                        ]   previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT};
{ [He reports that he is coping adequately at this time.  He acknowledges a long-standing history of auditory hallucinations, but
 reports that these are managed adequately with medications.  He does express some paranoid thoughts about custody staff,

---

Report Request ID:    24440015                          Print Date/Time:   11/27/2019 08:45 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMF
Adkins, D# K50645
P.O. Box 209066 Control# 756 4C

**SOL - California State Prison, Solano**

| | |
|---|---|
| Patient: | **ADKINS, DUPREE LAMONT** |
| DOB/Age/Sex: | 10/26/1966 / 53 years    / Male    CDCR: K50645 |

## *Mental Health Forms*

~~and he appears more appropriate for EOP level of care. We plan to increase his level of care during the next IDTT committee meeting on Friday, April 14, 2017. He is calm and cooperative today. All responses are clear and direct. He he says that he believes EOP will be a positive experience for him. He is hopeful about the future. ] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

**Risk Levels and Justification**
*CHRONIC RISK :*  High
*ACUTE RISK :*  Moderate

Faggianelli, Patrick Psychologist - 10/13/2017 12:25 PDT

*Justification of Risk Level :*  Chronic, Patient has a history of an attempted suicide which would have been fatal without intervention. He has had other times of experiencing suicidal ideation when he has been stressed.

Acute, Patient is feeling a loss of support and lack of EOP treatment, feels that "the administration" is angry at him and may be poisoning him, fears for his safety (from the administration and some custody and mental health staff), he has been taken from the support of his EOP program and feels isolated and vulnerable and that loss of contact and support is his primary stressor at present. He was considering suicide by hanging last night for about ten minutes when he was feeling anxious and depressed.

When I first met with this patient he was not eating, not talking in any detail and not responsive to custody or health services. As we talked he became responsive, engaged in converstation, agreed to eat and demonstrated an improvement in his mood and a willingness to engage with custody and health services staff. He had some thoughts of suicide last night, a warning sign, but had control over those thoughts and he responded when he began to feel that people were caring about him. He is very motivated to continue his mental health treatment, this is a protective factor.

Per patient's self report his primary stressor is not the court date, he doesn't care about losing in court as he is a lifer and even if found guilty it will not affect his life sentence. The primary stressor is losing his EOP LOC treatment, particularly the groups he participates in.

Faggianelli, Patrick Psychologist - 10/13/2017 15:50 PDT

~~{{Chronic, Patient has a history of an attempted suicide which would have been fatal without intervention. He has had other times of experiencing suicidal ideation when he has been stressed.~~

~~Acute, Patient is feeling a loss of support and lack of EOP treatment, feels that "the administrattion" is angry at him and may be poisoning him, fears for his safety (from the administration and some custody and mental health staff), he has been taken from the support of his EOP program and feels isolated and vulnerable and that loss of contact and support is his primary stressor at present. He was considering suicide by hanging last night for about ten minutes when he was feeling anxious and depressed.~~

~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 13:02 PDT];~~
~~{{Chronic, Patient has a history of an attempted suicide which would have been fatal without intervention.~~
~~Acute, Patient is feeling a loss of support, feels that "the administrattion is angry at him and may be poisoning him, fears for his safety, he has been taken from the support of his EOP program and feels isolated and vulnerable.~~
~~] - previously charted by Faggianelli, Patrick Psychologist at 10/13/2017 12:25 PDT];~~

**Safety/ Treatment Plan**
*Saftey/treatment plan :*  The risk factor of most concern is the continuity and frequency of mental health contact during this layover. In order to bolster his support I am putting in an urgent referral so he will be seen by a clinician tomorrow. I placed a routine order for his PC and inform her of my work with the patient today. I suggest that a psych tech see him every day as long as he is here during his court stay. I believe the patient is rather fragile and needs daily contact at this time. I believe the focus of these contacts should include reality testing, containment (encouraging feelings of safety and worth) and increasing coping skills.

After court it is important that patient be transferred back to an EOP facility asap to prevent him from decompensating.

---

| | |
|---|---|
| Report Request ID:    24440015 | Print Date/Time:   11/27/2019 08:45 PST |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

.12

Exibit C

Mary Spurgeon, Registered Nurse



CMF
Adkins, D #K50645
P.O. Box 2000
Vacaville, CA 95696

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**SOL - California State Prison, Solano**
2100 Peabody Road
Vacaville, CA 95696-

**Patient:**     **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:   10/26/1966  53 years    Male
Encounter Date:  1/2/2019
Attending:   Keystone,Jay P&S

CDCR #:     K50645
PID #:      11801525
Referring:

| *Progress Notes* |
| --- |

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Progress Note-Nurse
medication
10/12/2017 19:14 PDT
Auth (Verified)
Mary Spurgeon,Registered Nurse (10/12/2017 19:16 PDT)
Mary Spurgeon,Registered Nurse (10/12/2017 19:16 PDT)
Mary Spurgeon,Registered Nurse (10/12/2017 19:16 PDT)

A code was called for I/M Adkins tonight. When I arrived his bp was elevated and he wasnt answering questions thoroughly, custody tells me he is here for court and has beenna little uncooperative.
I emailed Dr, Jaystone and did a mental health referral for him.
M. Spurgeon

Electronically Signed on 10/12/2017 07:16 PM PDT

_____

Mary Spurgeon, Registered Nurse, Registered

Report Request ID:  24440016

Print Date/Time:  11/27/2019 08:45 PST

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

,13

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville, CA 95696

Exibit D

Pickett Lee Psychologist "ORDERS"

**FOL - Folsom State Prison**

Patient:      **ADKINS, DUPREE LAMONT**
DOB/Age/Sex: 10/26/1966 / 53 years     / Male          CDCR: K50645

| *Orders* |
|---|

### Mental Health

**Order: MH ML CCCMS Routine MHMD Contact**
Order Date/Time: 4/11/2017 13:13 PDT
Order Start Date/Time: 4/21/2017 09:45 PDT
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 4/21/2017 10:29 PDT          End-state Reason:
Ordering Physician: Jackson,Daniel Psychiatrist          Consulting Physician:
Entered By: Jackson,Daniel Psychiatrist on 4/11/2017 13:13 PDT
Order Details: 4/21/17 9:45:00 AM PDT, 04/11/17 13:13:00 PDT, 1 week, Schedule Once, 04/18/17 23:59:00 PDT
Order Comment:

**Order: MH ML CCCMS Routine MHPC Contact**
Order Date/Time: 4/11/2017 12:59 PDT
Order Start Date/Time: 4/18/2017 09:00 PDT
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 4/18/2017 10:46 PDT          End-state Reason:
Ordering Physician: Pickett,Lee Psychologist          Consulting Physician:
Entered By: Pickett,Lee Psychologist on 4/11/2017 12:59 PDT
Order Details: 4/18/17 9:00:00 AM PDT, 04/11/17 12:59:00 PDT, 7 days, 1 Week EOP, 04/18/17 23:59:00 PDT
Order Comment:

**Order: MH ML CCCMS Routine IDTT**
Order Date/Time: 4/11/2017 12:59 PDT
Order Start Date/Time: 4/26/2017 10:15 PDT
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 4/26/2017 11:01 PDT          End-state Reason:
Ordering Physician: Pickett,Lee Psychologist          Consulting Physician:
Entered By: Pickett,Lee Psychologist on 4/11/2017 12:59 PDT
Order Details: Requested Start Date 4/26/17 10:15:00 AM PDT, Clock Start Time 04/11/17 12:59:00 PDT, 30 days, Next available for EOP, 05/11/17 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Exibit     E

Mojica, Angelo     P&S orders selenium sulfide topical

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville, CA 95696

**CMC - California Men's Colony**

Patient: **ADKINS, DUPREE LAMONT**
DOB/Age/Sex: 10/26/1966 / 53 years   / Male          CDCR: K50645

| *Orders* |
|---|

**Pharmacy**

| Order: **selenium sulfide topical (selenium sulfide 2.5% topical lotion)** |
|---|

Order Date/Time: 7/17/2017 14:39 PDT
Order Start Date/Time: 7/19/2017 14:00 PDT

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: Pharmacy |
|---|---|---|
| End-state Date/Time: 8/25/2017 17:19 PDT | End-state Reason: | |
| Ordering Physician: Mojica,Angelo P&S | Consulting Physician: | |

Entered By: Mojica,Angelo P&S on 7/17/2017 14:39 PDT
Order Details: 1 app, Topical, Lotion, 3x/Wk-KOP, Administration Type KOP, Order Duration: 210 day, First Dose: 7/19/17 2:00:00 PM PDT, Stop Date: 8/25/17 5:19:11 PM PDT
Order Comment: Apply to scalp 3x/week. Leave on 20 minutes before rinsing off **Request Refill

| Order: **lisinopril** |
|---|

Order Date/Time: 7/17/2017 14:36 PDT
Order Start Date/Time: 11/21/2017 07:00 PST

| Order Status: Canceled | Department Status: Canceled | Activity Type: Pharmacy |
|---|---|---|
| End-state Date/Time: 7/26/2017 08:44 PDT | End-state Reason: | |
| Ordering Physician: Mojica,Angelo P&S | Consulting Physician: | |

Entered By: Mojica,Angelo P&S on 7/17/2017 14:36 PDT
Order Details: 10 mg, Oral, Tab, Daily, Administration Type NA, Automatic Refill, Order Duration: 180 day, First Dose: 11/21/17 7:00:00 AM PST, Stop Date: 7/26/17 8:44:41 AM PDT
Order Comment:

| Order: **selenium sulfide topical (selenium sulfide 2.5% topical lotion)** |
|---|

Order Date/Time: 7/17/2017 14:35 PDT
Order Start Date/Time: 7/19/2017 14:00 PDT

| Order Status: Canceled | Department Status: Canceled | Activity Type: Pharmacy |
|---|---|---|
| End-state Date/Time: 7/17/2017 14:39 PDT | End-state Reason: | |
| Ordering Physician: Mojica,Angelo P&S | Consulting Physician: | |

Entered By: Mojica,Angelo P&S on 7/17/2017 14:35 PDT
Order Details: 1 app, Topical, Lotion, 3x/Wk-KOP, Administration Type KOP, Order Duration: 210 day, First Dose: 7/19/17 2:00:00 PM PDT, Stop Date: 7/17/17 2:39:36 PM PDT
Order Comment: Apply to scalp 3x/day

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  24481222                                    Print Date/Time:  12/2/2019 08:52 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

1/5

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville, CA 95696

Exibit F

T. Wamble    ADA Coordinator (RAP) Response

**DRAFT** ●**DRAFT** **DRAFT**

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 9/20/2017     **Date IAC Received 1824:** 9/15/2017     **1824 Log Number:** CSP-S-17-02174

**Inmate's Name:** ADKINS, Dupree L.     **CDCR #:** K50645     **Housing:** CMC

**RAP Staff Present: RAP Staff Present:** Associate Warden T. WAMBLE , Chief Physician Surgeon N. LARGOZA, Custody Appeals Representative V. ESTRELLA, Health Care Appeals Representative C. MANTEL-DAVIS, Health Care Compliance Analyst(A) K. SISON

**Summary of Inmate's 1824 Request:** Requesting his lotion, and to be transferred back to "EOP" housing at CMC.

---

### Interim Accommodation:

☐ No interim accommodation required:

☐ Interim Accommodation provided (List accommodation and date provided):

☐ RAP rescinding interim accommodation:

---

☐ **RAP REQUIRES FURTHER INFORMATION PRIOR TO RENDERING A DECISION, WHICH MAY TAKE UP TO 30 CALENDAR DAYS TO COMPLETE. REASON FOR DELAY:**

☐ **DISABILITY VERIFICATION PROCESS (DVP) REQUIRED.**

☐ **ADDITIONAL INFORMATION/INTERVIEWS REQUIRED.**     **RAP MEETING RESOLUTION DATE:**

---

### RAP RESPONSE: APPROVED

**RAP is unable to process the following request(s):** Requesting his lotion, and to be transferred back to "EOP" housing at CMC.

☒ Paroled/discharged/transferred.

☐ Refused to cooperate.

☐ Duplicate request. See CDCR 1824 log #:

☐ Other:

**Response:** **The RAP has approved your request. You transferred on 9/5/2017 and are currently housed at CMC.**

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

**T. WAMBLE**     _signature_     **Date sent to inmate:** 10|5|17
_____     _____
**ADA Coordinator/Designee**     **Signature**

CMF
Adkins, D #K50645 P.o. Box 2000
VOC

State of California Department of Corrections and Rehabilitation

## REASONABLE ACCOMMODATION REQUEST

CDCR 1824 (rev: ?/2014)

| INSTITUTION (staff use only): | EC? | LOG NUMBER (staff use only): |
|---|---|---|
| CSP 3 | Y/N | 17-02174 |

RECEIVED

Date Received by Staff (staff use only):

SEP 15 2017

CSP - SOLANO
APPEALS OFFICE

**\* \* \* TALK TO STAFF IF YOU HAVE AN EMERGENCY \* \* \***

<u>Do not</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDCR 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| Dupree L. Adkins | K50645 | EOP | Ad. Seg 10-24A |

### INSTRUCTIONS

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service, or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response. <u>Do not</u> use an 1824 to request a response for a group of inmates. If you have received an 1824 decision that you disagree with, submit an appeal (CDCR 602, or 602-HC if disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM:** Im "EOP" housed in a non EOP Ad.Seg and I informed the intake nurse, and Doctor, also filed sick call slip asking for my selenuim sulfate lotion.

**WHY CAN'T YOU DO IT:** This prison dosent have EOP and I don't know why I haven't recieved my lotion.

**WHAT DO YOU NEED:** Under Coleman and Plata settlements I'm requesting my lotion and to be transfered back to my "EOP" housing "CMC East" my court date is October 20, 2017.

_____ (use the back of this form if you need more space)

**Which of the following best describes your disability that caused you to file this request:**

- ☐ Difficulty walking or getting around
- ☐ Difficulty seeing
- ☐ Difficulty hearing
- ☐ Difficulty talking
- ☐ On kidney dialysis
- ☐ Difficulty using arms/hands
- ☐ Difficulty learning
- ☐ Difficulty thinking or understanding
- ☒ Mental impairment
- ☐ Other Disability (briefly describe): _____

| DO YOU HAVE ANY DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☐ | No ☐ | Not Sure ☒ |
|---|---|---|---|
| (List and attach documents if available, including: 1845, 7410, 128-C): | | | |

I understand staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| _Dupree L. Adkins_ | _9-31-2017_ |
|---|---|
| INMATE'S SIGNATURE | DATE SIGNED |

Assistance completing this form provided by: _____

| Last Name | First Name | Signature |
|---|---|---|

| ☐ IAP is not required as the CDCR 1824 contains no disability access or discrimination issues. | | |
|---|---|---|
| | Person making determination | Title |

.17

Exibit  G

S. Parroff, PhD  Clinical Psychologist/scott, Wayne  P&S

CMF

Patient Name: ADKINS, DUPREE LAMONT #K50645

Date of Birth: 10/26/196_

P.O. Box 2000
Vacaville, CA 95696

* Auth (Verified) *

Case 2:19-cv-00438-DAD-DMC   Document 44   Filed 10/18/21   Page 68 of 76

MRN: K50645
FIN: 19976

**CALIFORNIA STATE PRISON – SOLANO**          **CDC-128-C**

**INMATE NAME: ADKINS, DUPREE LAMONT**       **CDC#:K50645**

The Clinical Treatment Team has determined that Mr. Adkins is psychiatrically stable to go to court and then return to MHCB .

.S. Parroff, PhD
Clinical Psychologist

CTC-MHCB Unit

**DATE:  02/06/2018**          **MEDICAL – PSYCHATRIC – DENTAL**

Facility: SOL

.18

CMF
Adkins, D#K50645
P.O. Box 2000
Vacaville CA 95696

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**SOL - California State Prison, Solano**
2100 Peabody Road
Vacaville, CA 95696-

| | | | |
|---|---|---|---|
| **Patient:** | **ADKINS, DUPREE LAMONT** | | |
| DOB/Age/Sex: | 10/26/1966  53 years    Male | CDCR #: | K50645 |
| Encounter Date: | 2/5/2018 | PID #: | 11801525 |
| Attending: | Keystone,Jay P&S | Referring: | |

## *Mental Health Documentation*

| | |
|---|---|
| Document Type: | MHPC Inpatient Progress Note |
| Document Subject: | MH PC Note |
| Service Date/Time: | 2/6/2018 08:58 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Parroff,Sandra Psychologist (2/6/2018 09:33 PST) |
| Sign Information: | Parroff,Sandra Psychologist (2/6/2018 09:33 PST) |
| Authentication Information: | Parroff,Sandra Psychologist (2/6/2018 09:33 PST) |

**Inmate's Program and Level of Care**
MHCB

**New Issues/Complaints**
Presenting Problem MH

02/05/18 15:47:21
51 yo lifer down 21 yrs arrived 5 days ago to go to court from CMC EOP program. He is facing new charges for drug distribution conspiracy stemming from an incident 10/17'. He yesterday became distraught and began hearing voices telling him to kill himself and he could not sleep. He noticed that the vents in Ad Seg did not have holes large enough that he could hang himself with a fabricated rope so when seen today he began head banging in the treatment module, leading up to this inpt admission.
Hx indicates he began hearing voices when he was about 40 years ago, and he apparently only hears voices when he is stressed out or depressed. He always hears a voice telling him to end his life, when he hears it. He has one prior suicide attempt, by hanging, resulting in an admission to a medical hospital for a day or so, then MHCB admission. That was 2009. He denies any other suicide attempts, no cutting, no O.D.
Currently taking Geodon and Zoloft, all since 6 months, has no SE on meds, and is compliant taking them.

Signed By: Palmer, Rolf Psychiatrist

**Current Status of Illness**
Minute improvement

**Collateral**
Nursing reported didn't eat last night or this AM.

**Mental Status**
Alert, oriented and cooperative. Dressed in safety garment with adequate hygiene and grooming. Looking down at first, then eye contact improved. Speech was clear, soft and hesitant. Mood depressed and anxious with blunted affect. Reported slept okay last night. Indicated didn't eat because unsure if he should and scared. When assured he could eat, he indicated he would. Given breakfast tray. Concentration reported poor. Thoughts

**Subjective/History of Present Illness**
Not good.... well having problem with memory and concentration.... can't remember what to do for my symptoms... can't remember what pathways is... supposed to help me so I don't get suicidal.... feel bad... think about ad seg and I was cleared... I don't do good being locked in cell with nothing to do...think about suicide.. voices tell me to kill myself and then I picture in adseg a noose or c ring.... no not back to ad seg.. oh that helps... no scared... didn't eat cause I wasn't sure it was safe... yea I feel safe here it's nice.. I want to go to court and get back to CMC... yeah I can do that....

**Problem List/Past Medical History**
Ongoing
  Benign essential hypertension
  Chest pain, unspecified
  Dysthymic disorder
  Esophageal reflux
  HTN (hypertension), benign
  Lipidemia
  Major depressive disorder, recurrent episode, severe, with psychosis
  Pure hypercholesterolemia
Historical
  No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Coping IPOC(Initiated) 02/05/2018 16:44
 Ineffective Coping Plan of Care
 Outcomes(Initiated):
  Verbalize Awareness of Own Coping
Abilities/Strengths(Initiated)

---

Report Request ID:  24439826                    Print Date/Time:   11/27/2019 08:32 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

.19

CMF
Adkins, D#K50645
P.O. Box 2000 CMF 956 96

**SOL - California State Prison, Solano**

| | |
|---|---|
| Patient: | **ADKINS, DUPREE LAMONT** |
| DOB/Age/Sex: | 10/26/1966 / 53 years    / Male   CDCR: K50645 |

## *Mental Health Documentation*

were concrete and linear. Endorsed A/H CAH telling him to kill self. IP reported decrease in frequency and decrease in feelings of hopelessness. Reported feels better being here, knowing staff care and want to help him. He reported S/I related to voices and ad seg. Reported he has no intention to act on it. When asked what he would do if S?I grew in intensity or felt urge to act on it, he reported he would , "tell staff I want to go to court and go back to CMC". IP and this writer discussed coping skills, He indicated he could read, write, and color. Went over deep breathing techniques, suggested exercise and word searches. Indicated a good list of tools. When A/H or thoughts of adseg arise what could he do- he was able to change statement to  I'm safe, here and going to court. IP also reported he could picture the mountains at CMC because it sooths him. Suggested we write down coping skills and post in his room, Ip liked this idea.

XNot met-02/06/2018 05:12  am
Verbalize Feelings and Meet Psychological Needs(Initiated)
XNot met-02/06/2018 05:12  am
Assess Current Situation Accurately(Initiated)
XNot met-02/06/2018 05:12  am
Use Effective Coping Strategies(Initiated)
XNot met-02/06/2018 05:13  am

**Assessment/Progress Towards Discharge**
1. Well adult
2. Benign essential hypertension
3. Lipidemia
4. Esophageal reflux
Depression, major, recurrent, severe with psychosis
Orders:
MH Observation
MHCB Initial IDTT
MHCB Routine MHPC Contact

**Scales and Assessments Interpretations**
**(for assessments without interpretations,**
**please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

**Plan/Disposition**
**CHANGE IN OBSERVATION AND OR ISSUE**
D/C suicide watch 1:1
*Observation Level*
There is a marked change in the patient's symptoms or suicide risk warrants a change is issue or privileges. Therefore, I ordered:
[_] Suicide Watch
[X_] Suicide Precaution with: [_] safety cell status [_] partial issue [x_] full issue
[_] 30 minute observation: [_] full issue [_] partial issue
*Rationale for Change in Observation Level*
[_] The patient's acute risk for suicide is now: [_] high [_] moderate [_] low
Specifically:
[x_] The patient's symptoms have noticeably improved.
Specifically: IP continues to report vague suicide ideation with no intent, report decrease in A/H and feeling safe in MHCB. He is motivated to work with staff.
[_] The patient's symptoms have noticeably worsened.
Specifically:
*Issue Level*
[_x] The patient has full issue for the observation level.
[_] The patient has less than full issue for the observation level.
Rationale:

| | |
|---|---|
| Report Request ID:    24439826 | Print Date/Time:   11/27/2019 08:32 PST |

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

.20

CMF
Adkins, D #K50645
P.O. Box 20 Case 2:90-cv-00458-DAD-DMC   Document 44   Filed 10/18/21   Page 71 of 76

**SOL - California State Prison, Solano**

Patient:     **ADKINS, DUPREE LAMONT**
DOB/Age/Sex:  10/26/1966 / 53 years     / Male          CDCR: K50645

---

| *Mental Health IDTT MPage Forms* |
|---|

*3 or more MHCB referrals in last 6 mos :*  No
*3 or more 115s in the last 3 mos :*  No

Parroff, Sandra Psychologist - 2/6/2018 11:02 PST

**Transfer/Discharge Planning Recommendations**
*Transfer/Discharge to: :*  No change
*MH MTP Yard Restrictions :*  No
*MH MTP Phone Call Restrictions :*  No
*MH MTP Visiting Restrictions :*  No
*MH Restriction Justification :*  none
*MHLowerRationale :*  IP admitted to MHCB due to exacerbation of symptoms while in Adseg awaiting court- he became suicidal and started banging his head. Plan is to stabilize symptoms and remain in MHCB till court finishes, then when stable D/C to EOP.

Parroff, Sandra Psychologist - 2/6/2018 11:02 PST

**Collateral Information**
*Input from other CDCR disciplines :*  Nursing- looked angry this morning and wouldn't eat. Ate after PC contact.
Custody- no issues.

Parroff, Sandra Psychologist - 2/6/2018 11:02 PST

**EOP Functional Evaluation**
*FE ability to understand instructions  FE ability to understand instructions :*  No significant impairments.
*FE ability to respond to coworkers :*  IP currently EOP LOC. He experiences anxiety and paranoia which can affect his behavior around others and perception of others.
*FE ability to be around objects :*  No restrictions
*FE ability to respond to  work situations :*  IP currently EOP LOC. He experiences anxiety and paranoia which can affect his behavior around others and perception of others.
*FE ability to work in hot weather :*  HEAT medications
*FE ability to work in large groups :*  No restrictions
*FE ability to deal with changes :*  IP can handle changes if they are explained in simple terms to him.
*FE any other MH limitations :*  IP currently EOP LOC
*FE activities/tasks the IP can still do :*  No additional limitations.

Parroff, Sandra Psychologist - 2/6/2018 11:02 PST

**Clinical Summary & Case Formulation**
*Clinical Summary :*  Ip was admitted to MHCB yesterday after exacerbation of symptoms due to reported stress of being in adseg. he endorsed S/I, banged head 4 x on holding cell and reported desire to die. When he arrived he was more coopertaive with staff and was placed on 1;1. Today reports feeling better, feels safe in MHCB. Indicated decarese in A/H and still having problems with memory, concentration and anxiety. Plan is to stabilize and and remain in MHCB till court appearance is over. It is not recommended that IP return to adseg to await transport back to CMC. this writer recommends Ip stay in MHCB to avoid decompensation and self harm.
Prepopulated:
Pt is a 51 y/o black Lifer w/Parole, currently at SOL ASU due to out to court. His home institution is CMC. Court hearing is scheduled for 2/8/2018. Pt refused to participate in Initial Intake Interview and only stated that "I want to kill myself". When he was asked how he would go by doing that he stated "I will bang my head against the wall like this".  "  He then proceeded to bang his head against the inside of the treatment module. He repeated this behavior 3 more times throughout the interview. Pt did not otherwise engage with PC or participate in the intake interview or the SRASHE. Pt has a hx of SI, MHCB admissions, and EOP LOC. Pt also has a hx of psychotic sx. Current dx in EHRS Dysthymia and Major depressive disorder, recurrent episode, severe, with psychosis. He is med compliant: Geodon and Zoloft. Pt was referred to MHCB for SI. Also see SRASHE completed today (2/5/2018).

---

Report Request ID:     24439825                          Print Date/Time:   11/27/2019 08:32 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

. 21

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**SOL - California State Prison, Solano**
2100 Peabody Road
Vacaville, CA 95696-

| | | | | |
|---|---|---|---|---|
| **Patient:** | **ADKINS, DUPREE LAMONT** | | | |
| DOB/Age/Sex: | 10/26/1966  53 years | Male | CDCR #: | K50645 |
| Encounter Date: | 2/5/2018 | | PID #: | 11801525 |
| Attending: | Keystone,Jay P&S | | Referring: | |

## *Progress Notes*

| | |
|---|---|
| Document Type: | Phone Message/Call |
| Document Subject: | Free Text Note |
| Service Date/Time: | 2/8/2018 12:34 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Scott,**Wayne** P & S (2/8/2018 12:35 PST) |
| Sign Information: | Scott,Wayne P & S (2/8/2018 13:01 PST) |
| Authentication Information: | Scott,Wayne P & S (2/8/2018 13:01 PST) |

Informed by RN pt manual BP 210/100. rx for clonidine entered

Report Request ID:  31873442

Print Date/Time:   8/14/2020 12:12 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

·22

CMF
Adkins, D #K50045
P.O. Box 2000
Vacaville, CA 95696   Exiblt   H

Herman Morris, HRT   II, Supervisor "Affidavit of Custodian
of Medical Records

Calvin Newsom, Governor





**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

## AFFIDAVIT OF CUSTODIAN
## OF MEDICAL RECORDS

RE:   **Adkins, Dupree**
CDC#:   **K-50645**

Herman Morris, HRT II, Supervisor, and Custodian of Psychiatric Inpatient Records at
California Medical Facility, Vacaville California, being duly sworn, deposes and says as follows:

a)   That the affiant is the duly authorized custodian of Medical Records for the
California Medical Facility in Vacaville, California, and has authority to
certify said records, and,

b)   that the copy of the medical records attached to this Affidavit is a true copy of
all the records described in the request for records received by this
by this facility on _____October 29, 2019_____ , and,

c)   that the records were prepared by the personnel of the hospital, Staff Physicians,
or persons acting under the control of either, in the ordinary course of hospital
business at or near the time of the act, condition or event.

d)   Part of the records produced herewith were prepared by other Businesses or
agencies and accordingly this custodian cannot address the mode of preparation of
such records or the accuracy of the information contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____December 2,_____ 2019, At _____Vacaville_____ California.

Signed: _____
Custodian

_____Herman Morris, HRT II, Supervisor_____
Type or Print Custodian's Name

Witnessed _____
Sebastian Romero, HRT I

Or

e)   I hereby declare under penalty of perjury that after a thorough search of my
files. California Medical Facility does not have any records as described on
the attached AUTHORIZATION.

Date: _____     Signed: _____
Custodian

_____
Type or Print Custodian's Name

,23

CMF
Adkins D#K50645
P.B. Box 2000
Vacaville CA 95696



Gavin Newsom, Governor

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## AFFIDAVIT OF CUSTODIAN
## OF MEDICAL RECORDS

RE:  **DUPREE ADKINS**
CDC#:  **K-50645**

Herman Morris, HRT II, Supervisor, and Custodian of Psychiatric Inpatient Records at
California Medical Facility, Vacaville, California, being duly sworn, deposes and says as
follows:

a) That the affiant is the duly authorized custodian of Medical Records for the
California Medical Facility in Vacaville, California, and has authority to
certify said records, and,

b) that the copy of the medical records attached to this Affidavit is a true copy of
all the records described in the request received from Dupree Adkins
02:19-CV-0458-DMC-P by this facility on ___June 11, 2020___ , and,

c) that the records were prepared by the personnel of the hospital, Staff Physicians,
or persons acting under the control of either, in the ordinary course of hospital
business at or near the time of the act, condition or event.

d) Part of the records produced herewith were prepared by other Businesses or
agencies and accordingly this custodian cannot address the mode of preparation of
such records or the accuracy of the information contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 11,___ 2020, At ___Vacaville___ California.

Signed: _____
                        Custodian

Herman Morris, HRT II
Type or Print Custodian's Name

Witnessed _____
                        , HRT I

Or

e) I hereby declare under penalty of perjury that after a thorough search of my
files. California Medical Facility does not have any records as described on
the attached AUTHORIZATION.

Date: _____   Signed: _____
                                                            Custodian

_____
Type or Print Custodian's Name

.24

CMF
Adkins
#KS0645
P.O. Box 2000
Vacaville
CA 95696

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DuPree Lamont Adkins,
; Case No. 2:19-CV-00458-JAM-DMC-P

2  V.

3  Scott Kernan et.al  ) Proof of Service

4

5  I hereby certify that on 9-26-2021, I served a copy

6  of the attached fourth Amended Complaint, by placing a copy

7  in a postage paid envelope addressed to the person herein-

8  after listed, by depositing said enevelope in the United States

9  Mail at California Medical Facility, Vacaville, CA

10       Served

11  United states District Court

12  Eastern District Of California.

13  Office of The Clerk

14  501 I Street, Room 4-200

15  Sacramento, California 95814

16

17  I declare under penalty of perjury that the foreg-

18  oing is true correct.

19                    DuPree L. Adkins

20

21

22

23

24

25

26

27

28