IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No. 2:19-CV-0458-DAD-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 63, for disqualification of the California Department of Justice, Office of the Attorney General, as counsel for Defendants. Plaintiff's motion is conclusory, baseless, and fails to establish grounds for disqualification of counsel. Plaintiff's motion is, therefore, denied.

IT IS SO ORDERED.

Dated: November 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1