**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No. 2:19-CV-0458-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 64, to opt-out of the Court's early Alternative Dispute Resolution (ADR) program for prisoner cases.  Good cause appearing therefor, Defendants' motion is granted, the stay of proceedings is lifted, and the referral to ADR is withdrawn.  Plaintiff's motion, ECF No. 62, for reconsideration of the Court's order referring this case to ADR is denied as moot.

IT IS SO ORDERED.

Dated:  November 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1