IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:19-CV-0458-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 78, for leave to file a fifth amended complaint. Defendants have filed a statement of non-opposition to Plaintiff's motion. See ECF No. 80. Good cause appearing therefor, Plaintiff's unopposed motion is granted, and this action shall proceed on the fifth amended complaint, ECF No. 79, filed on April 5, 2023. Defendants shall file an answer to the fifth amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1