IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:19-CV-0458-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court are the following:

    ECF No. 73    Plaintiff's motion to compel discovery responses.

    ECF No. 74    Plaintiff's motion to compel Defendants to provide a return address on mailings.

Defendants have filed a response to both motions.  See ECF No. 75.  Plaintiff has filed a reply. See ECF No. 76.

        Notwithstanding Defendants' contention that Plaintiff failed to comply with the meet-and-confer requirements for his motions, the Court finds that relief is not warranted.  As to Plaintiff's motion to compel discovery from a "Doe" defendant, the Court cannot compel an unknown and unserved party to provide discovery.  As to Plaintiff's motion relating to a lack of a return address on mailings, the Court accepts Defendants' representation that any such omission

was the result of an innocent oversight which has not since been repeated.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to compel, ECF Nos. 73 and 74, are denied.

Dated:  June 5, 2023

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE