IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>   Defendants. | No. 2:19-CV-0458-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 81, to vacate the current scheduling order and stay discovery pending the filing of an answer to Plaintiff's fifth amended complaint, filed on April 5, 2023. Plaintiff has filed a statement of non-opposition to Defendants' request. See ECF No. 83. Good cause appearing therefor, Defendants' unopposed motion is granted. The November 15, 2022, scheduling order is vacated. A new schedule will be issued upon the filing of an answer to Plaintiff's fifth amended complaint.

   IT IS SO ORDERED.

Dated: June 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1