IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUPREE LAMONT ADKINS,** | Case No. 2:19-cv-00458-DAD-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **KERNAN, et al. ,** | |
| Defendants. | |

On July 26, 2023, Defendants filed a motion for an extension of time to file:

1. A reply in support of Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint for Failure to State a Claim (Reply); and

2. An opposition to Plaintiff's Motion for Leave for Reconsideration of the Order Denying Plaintiff's Motion to Compel Defendant A. Sherman (Opposition).

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Based on defense counsel's declaration indicating excusable neglect in calculating the due
2  dates, the Court finds good cause to grant Defendants the requested brief extension of time to
3  August 4, 2023, to file their Reply and Opposition.
4  IT IS SO ORDERED.

6  Dated: July 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE