ROB BONTA, State Bar No. 202668
Attorney General of California
LYNDSAY CRENSHAW, State Bar No. 246743
Supervising Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9503
 Fax: (619) 645-2581
 E-mail: Lyndsay.Crenshaw@doj.ca.gov
*Attorneys for Defendants*
*S. Kernan, A. Sherman, M. McComas, K. McQuaid, D. Blackwell, J. Lee, R. Neuschmid, L. Garcia, E. Arnold, M. Dernoncourt, J. Gastelo, and R. Douglas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUPREE LAMONT ADKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**KERNAN, et al. ,**<br><br>Defendants. | 2:19-cv-00458-DAD-DMC<br><br>**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE SARAH E. SINGER FROM SERVICE LIST** |

TO THE CLERK OF THE COURT AND PLAINTIFF DUPREE LAMONT ADKINS IN PRO SE:

Under Local Rule 182(c)(1), Defendants hereby advise Plaintiff and the Court that their attorney of record and attorney designated for service has changed. The former attorney designated was as follows:

1

SARAH E. SINGER, State Bar No. 242841
Deputy Attorney General
600 West Broadway, Suite 1800
P.O. Box 85266
San Diego, CA 92101
Telephone: (619) 321-5774
Fax: (619) 645-2581
E-mail: Sarah.Singer@doj.ca.gov

The attorney of record now designated for service is as follows:

L<small>YNDSAY</small> C<small>RENSHAW</small>, State Bar No. 246743
Supervising Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9503
Fax: (619) 645-2581
E-mail: Lyndsay.Crenshaw@doj.ca.gov

Additionally, the undersigned counsel respectfully requests that the Court terminate the name of SARAH E. SINGER from the service list in this case.

Dated: November 29, 2023                          Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
L<small>YNDSAY</small> C<small>RENSHAW</small>
Supervising Deputy Attorney General

*/s/Lyndsay Crenshaw*
L<small>YNDSAY</small> C<small>RENSHAW</small>
Supervising Deputy Attorney General
*Attorneys for Defendants*
*S. Kernan, A. Sherman, M. McComas, K.*
*McQuaid, D. Blackwell, J. Lee, R.*
*Neuschmid, L. Garcia, E. Arnold, M.*
*Dernoncourt, J. Gastelo, and R. Douglas*

SA2022301558
84262931.docx

2

Not. of Change in Designation of Counsel for Service and Req. to Terminate S. Singer from Service List
(2:19-cv-00458-DAD-DMC)

# CERTIFICATE OF SERVICE

Case Name: **Dupree Adkins (K50645) v. Kernan, et al.**

Case No. **2:19-cv-00458-DAD-DMC**

I hereby certify that on November 29, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE SARAH E. SINGER FROM SERVICE LIST**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 29, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

DuPree Lamont Adkins
CDCR No.: K50645
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 29, 2023, at San Diego, California.

| C. Ramirez | *C. Ramirez* |
|---|---|
| Declarant | Signature |

SA2022301558
84264075.docx