Rob Bonta, State Bar No. 202668
Attorney General of California
Lyndsay Crenshaw, State Bar No. 246743
Supervising Deputy Attorney General
Jiaye Zhou, State Bar No. 351483
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9694
 Fax:  (619) 645-2581
 E-mail:  jiaye.zhou@doj.ca.gov
*Attorneys for Defendants*
*S. Kernan, A. Sherman, M. McComas, K. McQuaid, D. Blackwell, J. Lee, R. Neuschmid, L. Garcia, E. Arnold, M. Dernoncourt, J. Gastelo, and R. Douglas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUPREE LAMONT ADKINS,** | 2:19-cv-00458-DAD-DMC |
| Plaintiff, | **NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |
| v. | |
| **KERNAN, et al.,** | |
| Defendants. | |

TO THE CLERK OF THE COURT AND PLAINTIFF DUPREE LAMONT ADKINS IN PRO SE:

Under Local Rule 182(c)(1), Defendants hereby advise Plaintiff and the Court that their attorney of record and attorney designated for service has changed. The former attorney designated was as follows:

|   |   |
|---|---|
| 1 | LYNDSAY CRENSHAW, State Bar No. 246743 |
|   | Supervising Deputy Attorney General |
| 2 | 600 West Broadway, Suite 1800 |
|   | San Diego, CA 92101 |
| 3 | P.O. Box 85266 |
|   | San Diego, CA 92186-5266 |
| 4 | Telephone: (619) 738-9503 |
|   | Fax: (619) 645-2581 |

E-mail: Lyndsay.Crenshaw@doj.ca.gov

The attorney of record now designated for service is as follows:

JIAYE ZHOU, State Bar No. 351483
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9694
Fax: (619) 645-2581

E-mail: Jiaye.Zhou@doj.ca.gov

Dated: December 14, 2023                    Respectfully submitted,

ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Supervising Deputy Attorney General


*/s/ Jiaye Zhou*
JIAYE ZHOU
Deputy Attorney General
*Attorneys for Defendants
S. Kernan, A. Sherman, M. McComas, K. McQuaid, D. Blackwell, J. Lee, R. Neuschmid, L. Garcia, E. Arnold, M. Dernoncourt, J. Gastelo, and R. Douglas*

SA2022301558
84287659.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Dupree Adkins (K50645) v. Kernan, et al.** | No. | **2:19-cv-00458-DAD-DMC** |
|---|---|---|---|

I hereby certify that on <u>December 14, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 14, 2023</u>, at San Diego, California.

| S. Garcia | /s/ S. Garcia |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 14, 2023</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

DuPree Lamont Adkins
CDCR No. K50645
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213
In Pro Se

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 14, 2023</u>, at San Diego, California.

| A. Carrillo | /s/ A. Carrillo |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2022301558
84289385.docx