Dufree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Dufree Lamont Adkins, Plaintiff, | NO. 2:19-CV-00458-DAD-DMC |
| | Notice of Active Interference |
| v. | of Access to the court |
| Kernan, et al., Defendants. | |

TO THE CLERK OF THE COURT AND DEFENDANTS KERNAN, et al.,

Please be advised that if any of my responses dosen't reach the Honorable court it's because California Health Care Facility is violating① my first Amendment rights.

1. Warden Gena Jones and SGT. Crawford tried to coerce officer "HER" to change his testimony to go along with illegaly rejecting my outgoing legal mail.

2. Officer Montaño got caught confiscating my outgoing legal② and Gena Jones "Warden" took no action even though video footage proved it and directors level granted the grievance.

3. The top two culprits in the mail room O. Potts and supervisor C. Davis are bold, arrogant and evil, please see Attachment 1. Quote "Some things that happen are a mystery."

I declare under penalty of perjury under

① It's ongoing for about seven months

② mail

Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

States of America the foregoing is true and correct and that this declaration was executed on December 28, 2023.

*Dupree L. Adkins*
Dupree Lamont Adkins

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

DEPARTMENT OF CORRECTIONS & REHABILITATION

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 12-12-23 | C. Davis / D. Potts   Mail Room | Adkins | K50645 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM — TO — |
|---|---|---|---|
| E1-B | 2114 | CCCMS | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): RE: Returned mail / no notice

ASSIGNMENT HOURS FROM — TO —

Clearly state your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On 12-12-23 my outgoing mail was returned without notice. I want to know why

---

**INTERVIEWED BY:** D Potts    **DATE:** 12-?

**DISPOSITION:** Some things that happen are a mystery.

Dupree Lamont Adkins #K50645  
California [State Prison]  
P.O. Box 213040  
Stockton, CA 95213

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Dupree Lamont Adkins, Plaintiff

No. 2:19-CV-00458-DAD-DMC

PROOF OF SERVICE

v.

Kernan, et al.,

Defendants.

I hereby certify that on 1-4-2024, I served a copy of the attached Notice of active interference of Access to the court by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Stockton California.

U.S.D.C. Ed. of CA  
Office of The Clerk  
501 I Street, Suite 4-200  
Sacramento, CA 95814-2322

Office of the Attorney General  
600 West Broadway, Suite 1800  
San Diego, CA 92101  
P.O. Box 85266  
San Diego, CA 92186-5266

I declare under penalty of perjury that the foregoing is true and correct.  /s/ Dupree L. Adkins  
Dupree Lamont Adkins