IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:19-CV-0458-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' unopposed motion for an extension of time to May 7, 2024, to file an answer. See ECF No. 106.

Defendants argue that an extension is warranted because the Court has only recently authorized service on Defendant Fergoso, who has not yet waived service or been served, and allowing an extension until after Defendant Fergoso has been served or waived service would allow Defendants to file a single answer and avoid two different sets of discovery deadlines should answers be filed separately. Defendants' motion is premature in that the District Judge has not yet ruled on the March 8, 2024, findings and recommendations that Defendants' motion to dismiss be granted and that Defendant be directed to file an answer to the fifth amended complaint. Further, the current discovery order and schedule has been vacated. Once all defendants file an answer, the Court will re-issue a scheduling and discovery order. Thus, there is

no risk of the case proceeding on separate discovery schedules.  Should Defendant Fergoso still not be served or have waived service by the time a response to the fifth amended complaint is ordered by the District Judge, Defendants may renew their request for additional time to file their answer.  In the meantime, Defendants' motion for an extension of time will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for an extension of time, ECF No. 106, is DENIED as unnecessary and without prejudice to renewal at a later date.

Dated:  March 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE