UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:19-cv-00458-DAD-DMC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS CERTAIN OF PLAINTIFF'S CLAIMS WITHOUT LEAVE TO AMEND<br><br>(Doc. Nos. 88, 104) |

Plaintiff DuPree Lamont Adkins is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss certain of plaintiff's claims (Doc. No. 88) be granted. (Doc. No. 104.) Specifically, the magistrate judge concluded that plaintiff's claims for damages brought against defendants in their official capacities were barred by the Eleventh Amendment, and that plaintiff's request for injunctive relief with respect to the conditions of his incarceration had been mooted by plaintiff's subsequent transfer to a different prison. (*See id.* at 4–5.) Additionally, the magistrate judge concluded that plaintiff had failed to sufficiently allege

1

participation in or direction of the alleged unconstitutional acts by defendant Kernan, the former Secretary of the California Department of Corrections and Rehabilitation. (*See id.* at 6–7.) The magistrate judge further recommended that leave to amend be denied. (*See id.* at 8.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No party has filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. In addition, the undersigned finds that the granting of further leave to amend as to plaintiff's claims brought against defendant Kernan, for damages brought against all defendants in their official capacities, and for injunctive relief would be futile. In this regard, the court notes that the operative pleading in this case is plaintiff's fifth amended complaint and it does not appear that plaintiff can cure the noted deficiencies as to the dismissed claims by way of further amendment.

Accordingly,

1. The findings and recommendations issued on March 8, 2024 (Doc. No. 104) are adopted;
2. Defendants' motion to dismiss plaintiff's claims brought against defendant Kernan, plaintiff's claims for damages brought against all defendants in their official capacities, and plaintiff's claims seeking injunctive relief (Doc. No. 88) is granted, without further leave to amend;
3. The Clerk of the Court is directed to update the docket to reflect that defendant Scott Kernan has been terminated as a defendant in this action;
4. Defendants shall file an answer as to the claims not challenged in this motion to dismiss (Doc. No. 88) within twenty-one (21) days of service of this order; and

/////
/////
/////

5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **March 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3