IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH BLACKWELL, et al.,<br><br>Defendants. | No. 2:19-CV-0458-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

Before the Court is Defendants' motion for leave to file a second motion for summary judgment based on failure to exhaust administrative remedies. See ECF No. 117. Defendants' motion will be denied as unnecessary because the docket reflects that the motion for summary judgment filed concurrently with Defendant's pending motion is the first motion for summary judgment filed by Defendants in this case. Defendants' motion for summary judgment on file at ECF No. 119 will be deemed properly filed.

Also before the Court is Defendants' motion to vacate the current scheduling order and stay discovery pending resolution of Defendants' motion for summary judgment based on failure to exhaust administrative remedies. See ECF No. 118. Good cause appearing therefor, Defendants' motion will be granted, and the current schedule will be vacated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for leave to file a second motion for summary judgment, ECF No. 117, is DENIED as unnecessary.

2. The motion for summary judgment on file at ECF No. 119 is deemed properly filed.

3. Defendants' motion to vacate the current schedule, ECF No. 118, is GRANTED and the schedule issued on May 17, 2024, is VACATED pending resolution of Defendants' motion for summary judgment.

Dated:  June 13, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE