Dupree L. Adkins #K50645
C#CF
P.O. Box 213040
Stockton, CA 95213

IN The United States DISTRICT COURT
FOR The Eastern DISTRICT OF California.
Sacramento Division

| | |
|---|---|
| Dupree Lamont Adkins | NO. 2:19-CV-0458-DMC-P |
| Plaintiff | Notice of retaliation. |
| V. | |
| Deborah Blackwell, et al., | |
| Defendants. | |

On 6-13-2024 I received of a box of legal documents from the San Diego Department of Justice that was opened. I've filed a complaint with Amy Miller. SEE Attached copy.

Signed under penalty of purjury,
Date: 6/17/2024

Respectfully Submitted,
Dupree L. Adkins
Dupree Lamont Adkins

FILED
JUN 20 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____ | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

Claimant Name: **Aifree Lamont Adkins**   CDCR #: **K50645**

Institution/Parole Region: **CHCF**   Current Housing/Parole Unit: **E4-B-138⁴**

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

This complaint is being filed in accordance with the first Amendment of the United States constitution. On 6-12-24 I received a legal phone call from Deputy Attorney General JIAYE ZHOU State Bar No. 351483 and notified her that I have not received the Summary Judgement motion from the San Diego DOJ. This was captured on Audio/Video surveillance system (AVSS) This is retaliation, delay and ongoing harrassment, I request a polygraph, examination for investigative purposes, That the "AVSS" footage on 6-12-24 and 6-13-24 in E4-B dayroom be preserved Take Judicial Notice of The following: OOA log # 425925 Granted as officer montana confiscated my outgoing legal mail interference. Memorandum date May 16, 2023 AASt log # 20039543 by warden Gena Jones along with SGT. Cra- wford tried to coerce officer "HER" in housing unit E4B into stating he violated out going legal mail proced-

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

dures, which he proved mail room staff were violating out going legal mail policy. Interview mR. Her. Gena Jones took no corrective action. She holds Animus against me due to my protected conduct in (P.C.) Adkins v. Schultz, et al NO. 2:23-CV-01654-AC. Please see attached request response where mail room staff Blantantly disrespect me. Issue a thorough Investigation to learn if the mail room opened the legal mail or the Attorney General sent it like that. I declare under penalty of perjury, the laws of the United States of America and the State of California the above mentioned is true and correct.

*Arthur L. Adkins*

\* Adkins v. Schultz is cited in the U.S. D.C. Eastern District of CA

Claimant Signature: *Arthur L. Adkins*   Date Signed: 6-17-24

ADA Accessible

STATE OF CALIFORNIA  
RIGHTS AND RESPONSIBILITY STATEMENT  
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Dupree Lamont Adkins | *(signed)* Dupree L. Adkins | 6-17-24 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| *(signed)* Dupree L. Adkins | Dupree Lamont Adkins | K50645 | 6-17-24 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:  
ORIGINAL -  
Public - Institution Head/Parole Administrator  
Inmate/Parolee - Attach to CDC form 602  
Employee - Institution Head/Parole Administrator  
COPY - Complainant

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS & REHABILIATION
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 12-12-23 | C. Davis / D. Potts, Mail Room | Adkins | K50645 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| E1-B | 2114 | CCCMS | FROM — | TO — | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| RE: Returned mail / no notice | FROM — | TO — |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On 12-12-23 my outgoing mail was returned without notice. I want to know why

---

Do NOT write below this line. If more space is required, write on back.

**INTERVIEWED BY** D. Potts          **DATE** 12-7

**DISPOSITION** Some things that happen are a mystery.

PROOF OF SERVICE BY MAIL

[CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF San Joaquin

I am a citizen of the County of San Diego, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# KS0645

My address is:

California Health Care Facility
P.O. Box 213 040
Stockton, Ca 95213

On 6 / 17, 2024 I served via United States Mail a copy of the following document(s): Staff Complaint

The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to: Office of the Clerk U.S.D.C. ED of CA, 501 "I" Street, Suite 4-200, Sacramento CA 95814° DOJ JIAYE ZHOU 600 W. Broadway suite 1800, San Diego CA 92101, P.O. Box 85266, SD CA 92186-5266° Amy Miller Director CDCR Division of Cor. Policy and Research Internal Oversight

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on 6-17, 2024 in San Joaquin County, California.

_____        _____
Duftee Lamont Adkins                 Signature
Type or Print Name

1515 S. Street Room 101 N
Sacramento, CA 95811