Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Dupree Lamont Adkins, | NO. 2:19-CV-0458-DMC-P |
|---|---|
| Plaintiff, | Request for Extension of time. |
| v. | |
| DEBORAH BLACKWELL, et al., | FILED |
| Defendants. | JUN 26 2024 |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

Peace and blessing's. On June 17, 2024 I received the honorable Court order that the defendant's Summary Judgement motion is properly filed.

This forces me to reorganize my arguments of exhaustion under "Butler v. Adams, 397 F.3d 1181; Harvey v. Jordan, 605 F.3d 681, 655 (9th cir. 2010, Harvey, 605 F.3d at 686; Ross v. Blake, 578 U.S. 632, 642, 136 S.Ct. 1850, 195 L. Ed.2d 117 (2016) as discovery has been stayed for the second time.

This forces me to recalculate how long it will take to receive 9x12 indigent envelopes. The due date in log #564130 that pertains to this issue response due date is 7-17-2024.

I'm requesting a extension to July 19, 2024 to file my opposition. I declare under penalty of perjury and the laws of the United State's of America and the state of California the above mentioned is true and correct based on my personal knowledge.

Respectfully Submitted,

Date: June 19, 2024

Dupree L. Adkins
Dupree Lamont Adkins

Dupree Lamont Adkins #K50645
CH-CF
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Dupree Lamont Adkins, | NO. 2:19-CV-0458- |
| Plaintiff, | DMC-P |
| v. | OBJECTIONS |
| DEBORAH BLACKWELL, et al., | |
| Defendants. | |

Peace and blessings!

Plaintiff objections are filed in accordance with Rule 304 (Fed. R. Civ. P. 72); see Fed. R. Civ. P. 33(b)(2)(CC); see Fed. R. Civ P. 36 (a)(5).

  Plaintiff is being denied access to the court because I'm being denied 9x12 indigent envelopes which is required because they hold more volume of pages which is needed to effectively argue my defense.

  Ever since Attorney General Andrew Smith and assistant K. Cranford sent me legal mail with no return address on Jan 30, 2023. Then MR. Smith sent legal mail unsealed there's been an ongoing campaign of harrasement by the mail room employees D. Potts and C. Davis.[1]

  On 2-12-2023 I notified this honorable court that defendants McQuaid, Gastelo and Neuschmid were using selective memory in there interrogatory answers see Plaintiff motion

---

[1] As recently as 6-13-24 I received legal mail that was opened and I'm waiting for a log# from Amy Miller theres camera footage that supports my claim.

Dupree L. Adkins #K-0645
CHCF
P.O. Box 213040
Stockton, CA 95213

1. for administrative relief date 2-12-2023, who are the
2. respondents to my 602 grievances.
3.     I've already sent the defendants
4. objections meet and confer letters. I sent M. Fre-
5. gaso interrogatories who was recently added to the
6. case despite the defendants council stating her ide
7. ntity is unknown see attachment 1①
8.     The defendants and there council
9. have breached our contract that since I agreed to
10. an extension they would respond to my discovery① see
11. Attachment 2 they have now gained a tactical advan-
12. tage as were back in "Stay" without my discovery
13. thats been do prior to may 1, 2023.
14.     After the Honorable court clarified
15. the crucial issue of DR. Sherman false clinicien comm-
16. ents/scrivener error. I timely submitted meet and
17. confer letter to DR. Sherman and Dernoncourt for the
18. sign in log's which gives the defendant's knowledge of
19. my injuries and the Honorable court has not respond-
20. ed to my subpoena Duces Tecum's.
21.     I have evidence that the San
22. Diego department of Justice civil division use's scr-
23. iviner error to cover up misrepresentation of fact's
24. in there signed writtings.
25.     I have evidence of how the
26. template works in conjunction with DR. Sherman fal-
27. se clinician comment's.
28. //

① I'm unable to include a cover sheet or Index for MR. Smith and Ms. Singer attachment due to my small enevelope.

Duftee L. Adkins #K5GUS
CHCF
P.O. Box 213040
Stockton, CA 95213

which is corroberated by my confidential witnesses and defendant Garcia interrogatorie response. See Wilkins v. Heslop U.S. Dist. LEXIS 69107 No. 2:20-cv-01622 DJC DB P, 2024 U.S. Dist. LEXIS 69107* 12024 WL 1636660 April 16, 2024; U.S. ex rel. Schumer v. Hughes Aircraft Co. 63 F.3d 1512, 1526 (9th Cir. 1995)

## CONCLUSION

The defendants and there council misled me, were evasive in there answers and delayed discovery related to my exhaustion arguments in order to gain a tactical advantage while I'm handicap being denied 9x12 indigent enevelopes.

I declare under penalty of perjury the laws of the United States of America and the State of California the above mentioned is true and correct.

Date: 6-21-24

Respectfully Submitted,
Duftee L. Adkins
Duftee Lamont Adkins

3

Attachment #2

| | |
|---|---|
| **ROB BONTA**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

600 WEST BROADWAY, SUITE 1800<br>
SAN DIEGO, CA 92101<br>
P.O. BOX 85266<br>
SAN DIEGO, CA 92186-5266<br>
<br>
Public: (619) 738-9000<br>
Telephone: (619) 738-9411<br>
E-Mail: Andrew.Smith@doj.ca.gov

January 11, 2023

Dupree Adkins
K50645
California Health Care Facility-Stockton
P.O. Box 213040
Stockton, CA 95213

RE: Dupree Adkins (K50645) v. Kernan, et al.
<u>United States District Court, Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC (PC)</u>

Dear: Mr. Adkins

My office received an interrogatory directed to a "<u>Jane Doe</u>," which was served on November 27, 2022. Please be advised that because the <u>identity of this person is unknown,</u> they have not been granted representation and I am currently unable to represent this unknown individual or accept service of discovery requests on their behalf. Thus, this request is not properly served on my office and I am unable to respond to this request.

Please find enclosed, however, discovery responses on behalf of other defendants. Feel free to contact me to consult regarding any of these responses.

Sincerely,

*[signature]*

ANDREW H. SMITH
Deputy Attorney General

For   ROB BONTA
Attorney General

AHS:kac

SA2022301558

Attachment #2

**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5774
Facsimile: (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

May 1, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re:  *Dupree Adkins (K50645) v. Kernan, et al.*
U.S.D.C., Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC
**Fifth Amended Complaint & Pending Discovery**

Dear Mr. Adkins:

I will be working with Supervising Deputy Attorney General Lyndsay Crenshaw on this matter. I attempted to schedule a call with you the week of April 24, 2023, but May 3, 2023 was the first available date through scheduling. It is my understanding from your correspondence and prior discussion with Ms. Crenshaw that you are agreeable to a further discovery extension on the pending discovery listed below with a current due date of May 1, 2023:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

Last week I filed a Statement of Non-Opposition to your Motion for Leave to File an Amended Complaint substituting the name of M. Fregoso for M. Doe. I also filed a motion to temporarily stay discovery, and vacate the current discovery and scheduling order dates, until the case is at issue. The Court has granted your motion to file the Fifth Amended Complaint, but has yet to rule on my motion requesting a temporary stay. I requested a temporary stay of pending discovery, and to vacate the current dates because it will take at least thirty days to file a response to the Fifth Amended Complaint, which is May 29, 2023, and currently discovery is set to cut-off June 19, 2023.

May 1, 2023
Page 2

Attachment #2

    When we speak this week, we can discuss a new discovery due date. For now, I have served objections only to the pending discovery, since we have yet to agree on a new deadline. However, I do intend to provide substantive responses by a new mutually agreed to deadline. Should the Court rule on my motion for a temporary stay in the interim, I anticipate it will inform our decision on setting a new deadline for pending discovery.

    I look forward to speaking with you.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For   ROB BONTA
         Attorney General

SES:SES

SA2022301558
83934544.docx

**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5774
Facsimile: (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

May 12, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re: *Dupree Adkins (K50645) v. Kernan, et al.*
U.S.D.C., Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC
**Confirmed Discovery Extension**

Dear Mr. Adkins:

Thank you for taking my call on May 3, 2023. This will confirm that you have granted Defendants an extension to May 29, 2023, to respond to the below discovery requests:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

The above responses, were previously due on May 1, 2023. Thank you for your courtesy.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For ROB BONTA
Attorney General

SES:SES

Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Dupree Lamont Adkins, Plaintiff, | NO. 2:19-CV-0458-DMC-P |
|---|---|
| v. | PROOF OF SERVICE |
| DEBORAH BLACKWELL, et al., Defendants. | |

I hereby certify that on 6-23-24, I served a copy of the attached Objections and request for extension of time by placing a copy in a postage paid envelope addressed to the person's hereinafter listed by depositing said envelope in the United States Mail at CHCF Stockton, CA 95213; State of CA, Department of Justice Office of Deputy Attorney General JIAYE ZHOU 600 West Broadway Suite 1800 San Diego, CA 92101, P.O. Box 85266, San Diego, CA 92186-5266; Office of the Clerk United States District Court Eastern District of California, 501 "I" Street, Suite 4-200 Sacramento, CA 95814 I declare under penalty of perjury that the foregoing is true and correct.

Dupree L. Adkins
Dupree Lamont Adkins