Dupree Lamont Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Dupree Lamont Adkins, Plaintiff, v. DEBORAH BLACKWELL, et al., Defendants. | NO. 2:19-CV-0458-DMC-P Plaintiff's notice of motion and motion for postponement of Summary Judgement. |

To Defendants Deborah Blackwell et, al.,
Please Take Notice under Federal Rule of Civil Procedure 56 (d) and see L.R. 230(l) move this Honorable Court to consider a request to postpone consideration of defendants' motion for partial summary.

In order to present a justifiable opposition I require the outstanding discovery, answers to my meet and confer letters and subpoena for affidavits that relates to facts in my opposition.

The defendants and there council breached a oral contract by not giving "substantive response", to discovery once the new discovery scheduling order opened.

This motion is based on Plaintiff's MEMORANDUM OF POINTS AND AUTORITIES⁽¹⁾

① error should read Authorities
② Error not a copy

1

Dufree L. Adkins # 450645
CHCF
P.O. Box 213040
Stockton, CA 95213

declaration and exhibits filed in support.
I, Dufree Lamont Adkins declare under penalty of perjury, the laws of the United States of America and the State of California the above mentioned is true and correct.

Date: July 1, 2024

Respectfully Submitted,

*Dufree Lamont Adkins*

Dufree Lamont Adkins

2

DouPree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Peace and blessings. Plaintiff request that summary Judgement be postpone, until I receive all discovery as it relates to plaintiff opposition and pierces the defendant's Exhaustion claims.

### ARGUMENT

The defendants and there council have breached a oral contract that gives them a tactical advantage. They misled me into beleiving that when the new discovery scheduling order was issued I would receive a more substantial response to my discovery request.

I continued to not opase time extension based on the phone conversations I had with defendants council see Exhibit A.

Beleiving that the oral contract was active with new council Jiaye Zhou I did not opase her time extension request see Exhibit B.

That was silly of me as she quickly moved to vacate the discovery order and moved for Partial Summary Judgement see Commercial Cornice & millwork, Inc v. Camel Construction services corp. 154 Ariz. 34, 739 P.2d 1351 (App. 1987) and Goodman v. Physical Res. Eng'g, INC., 229 Ariz. 25, 270 P.3d

3

Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

The responses to my meet and confer letter's, CSP-Solano-ASU sign in log's, Affidavits from my witnesses and documents will prove that the defendants entered a secrete agreement to Abuse the valid policies and procedures as a Cover a Ruse to punish and silence plaintiff with a 11 month shu term and one year of clase custody⓪.

Then they controlled the narative by using "CDCR 602 Grievance policies and procedures as subterfuge to prevent a investigation into there unlawful deliberate indifference, cruel and unusual punishment, denial of equal protection / due process and misapplication of state law.

Thus rendering the administrative appeals process unavailable because there was no way on god's Green earth there was any chance to achieve any form of relief thus making administrative remedies unavailable.

Within that secrete aggrement they used a device known as template language that contained false clinician comments.

They doubled down and used a lethal weapon known as "Scriviner error

⓪ Inmates on close custody must be confined to there cells every day for a clase custody count that takes about 1 hour to 4 clear.

Dufree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

to cover the false clinician comments courtesy of the Deputy Attorney General Andrew Smith. I have no other remedy but to file my opposition by July 19, 2024 if Plaintiff motion is not granted. See Wilkins v. Heslop, 2024 U.S. Dist. LEXIS 69107 No. 2:20-CV-01622-OJC-DB-P-U.S.D.C. ED of CA April 16, 2024; U.S. ex rel. Schumer v. Hughes Aircraft Co., 63/512, 1526 (9th Cir. 1995)

## CONCLUSION

Postponement should be granted thus allowing Plaintiff to get all my evidence for my opposition. Without it I don't have my complete defens and can't file a justifiable opposition, then allow defendants as much time as they need to amend there summary Judgement

## VERIFICATION

I have read the foregoing motion for postponement and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief, and, as to those, I beleive them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Date: 7-1-2024

Respectfully Submitted,
*Dufree L. Adkins*
Dufree Lamont Adkins

5

Dupree Lamont Adkins #K50645
CACF
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Dupree Lamont Adkins, Plaintiff, | NO. 2:19-CV-0458-DMC-P Declaration of Plaintiff Adkins in support of Plaintiff motion to postpone Summary Judgement. |
|---|---|
| v. | |
| Deborah Blackwell et al., Defendants. | |

I, Dupree Lamont Adkins declare as follows:

1. I am the plaintiff therein.

2. It is my personal knowledge that there was a oral contract that I would receive a more substantive response to my discovery request once a new discovery scheduling order was issued with defendants council.

3. There was also a agreement that Ms. Singer would object to discovery at that time in order to preserve her arguments.

4. Beleiving that since the offer was accepted on both parties and was still active I did not oppose JIAYE ZHOU time extension request.

I Dupree Lamont Adkins declare under penalty of perjury, the laws of the United States of America, the State of CALIFORNIA the above mentioned is true and correct.

Date: 7-1-2024

Respectfully Submitted,
Dupree L. Adkins
Dupree Lamont Adkins

EXHIBIT
A

Letter from, LYNDSAY Crenshaw,
Sarah E. Singer



**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 738-9503
Facsimile: (619) 645-2581
E-Mail: Lyndsay.Crenshaw@doj.ca.gov

March 13, 2023

Dupree Adkins, CDCR No. K50645
P.O. Box 213040
Stockton, CA 95213

RE: *Dupree Adkins (K50645) v. Kernan, et al.*
United States District Court, Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC (PC)

Dear Mr. Adkins:

Thank you for speaking to me on the phone today. This letter will confirm that you have kindly agreed to a 45-day extension of time for Defendants to respond to the following discovery requests:
- Interrogatories (Set Two) to Defendant Arnold;
- Interrogatories (Set Two) to Defendant Neuschid;
- Interrogatories (Set Two) to Defendant Dernacourt;
- Request for Production of Documents (Set Two) to Defendant Kernan;
- Request for Production of Documents (Set Two) to Defendant Dernacourt.

The above responses, originally due March 16, will now be served on or before May 1, 2023. Additionally, you indicated responses to Interrogatories (Set One) to Defendant Kernan were not served. I will review the file and provide those to you on or before May 1, 2023 as well.

March 13, 2023
Page 2

      Thank you for your courtesy. If the above misstates our conversation, or you have any information to add, please update me at your earliest convenience.

                        Sincerely,

                        *[signature]*

                        LYNDSAY CRENSHAW
                        Supervising Deputy Attorney General

For    ROB BONTA
        Attorney General

**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5774
Facsimile: (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

May 30, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re: *Dupree Adkins (K50645) v. Kernan, et al.*
U.S.D.C., Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC
**Response to Fifth Amended Complaint, Pending Discovery & Deposition**

Dear Mr. Adkins:

Thank you for taking my call on May 25, 2023. It was a pleasure speaking with you.

I appreciate you being agreeable to a seven day extension of time for Defendants to file a response to your Fifth Amended Complaint. On May 26, 2023, I filed my motion with the Court to request an Order extending time to June 6, 2023 (seven days) to file a response. I also included in my declaration accompanying the motion that should the Court issue a summons related to the newly named defendant Fregoso, I will endeavor to facilitate a service waiver if authorized, and once service occurs I anticipate that I will likely represent Fregoso.

Because the Court has not yet issued a ruling on my motion to temporarily stay discovery and vacate the current Discovery and Scheduling Order dates until the case is at issue, I have noticed your deposition for June 16, 2023 at 8:00 a.m. I anticipate that the date of your deposition may change depending on the Court's ruling on my motion to stay discovery and vacate dates, because I would like the deposition to move forward after Fregoso responds to the Complaint.

Last, as we await a ruling on the motion to stay discovery and vacate dates, I appreciate you granting a further extension from May 29, 2023 (previous due date) to June 19, 2023 (new deadline) for Defendants to respond to the following discovery:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;

May 30, 2023
Page 2

- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

Should the Court rule on my motion to stay discovery and vacate dates, I anticipate it will inform our decision on setting new deposition and discovery dates. Regardless, I will contact the litigation coordinator to set a follow-up call with you in the next ten days to touch base. I look forward to speaking with you.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For   ROB BONTA
Attorney General

SES:SES

SA2022301558
83981399.docx

Enclosure: Defendants' Notice of Deposition of Plaintiff

EXHIBIT

B

Letter from JIAYE ZHOU

**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 738-9694
Facsimile: (619) 645-2581
E-Mail: jiaye.zhou@doj.ca.gov

March 22, 2024

DuPree Lamont Adkins
CDCR No. K50645
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

RE: DUPREE LAMONT ADKINS v. KERNAN, et al.
    United States District Court, Eastern District of California, Case No. 2:19-CV-00458-DAD-DMC

Dear Mr. Adkins:

I hope this letter finds you well. I am writing to express my gratitude for your cooperation in this matter. Your agreement to allow the existing Defendants to file an answer after Defendant Fergoso's appearance is greatly appreciated.

However, I would like to bring one matter to your attention. During our conversation, I mistakenly informed you that CDCR would have thirty days to accept service on Defendant Fergoso's behalf. My belief was based on the fact that the courts usually give CDCR thirty days to accept service on behalf of its employees. Nevertheless, while preparing for the joint stipulation, I read the Court's order (ECF No. 103) more closely and only then realized that this case is an outlier. The Court allowed CDCR forty days to accept service on behalf of Defendant Fergoso, rendering the deadline to file an answer **on May 7, 2024**. I sincerely apologize for my mistake.

Nonetheless, I will endeavor to appear on behalf of Defendant Fergoso, as soon as practicable. Also, given that the ten day difference is largely insubstantial to the agreement, I will assume this does not change your amenability to the request. If it does, please let me know as soon as possible. I look forward to continuing to work with you.

Sincerely,

*/s/ Jiaye Zhou*
JIAYE ZHOU
Deputy Attorney General

For   ROB BONTA
      Attorney General

Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Dupree Lamont Adkins, Plaintiff, | NO. 2:19-CV-0458-DMC-P |
|---|---|
| v. | PROOF OF SERVICE |
| DEBORAH BLACKWELL et, al., Defendants. | |

I hereby certify that on 7-1-2024, I served a copy of the attached Motion for Postpone defendant's motion for Partial Summary Judgement by placing a copy in a postage paid enevelope addressed to the person(s) herein after listed, by depositing said enevelope in the United States Mail at "CHCF-Stockton, CA 95213; U.S.D.C. E.D. of CA, Office of The Clerk 501 "I" Street, Suite 4-200 Sacramento, CA 95814-2322; St. of. CA. Dept. of Justice office of Deputy Attorney General JIAYE ZHOU 600 West Broadway Suite 1800 San Diego, CA 92101, P.O. Box 85266, San Diego, CA 92186-5266.

I declare under penalty of perjury that the foregoing is true and correct.

Dupree L. Adkins
Dupree Lamont Adkins