Dupree L. Adkins #K50645
CHC
P.O. Box 213040
Stockton, CA 95213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Dupree Lamont ADKINS, | NO. 2:19-CV-0458-DMC-P |
| Plaintiff, | Notice I received 10 |
| v. | 9x12 enevelopes |
| DEBORAH BLACKWELL, et al., | |
| Defendants. | |

Peace and blessing's! On the morning of 6-25-2024 I was hand delivered 10 9x12 enevelops by CCI MR. micheals via CC II Ms. E. Campos littigation Cordinator.

    Ms. E. Campos is the epitome of integrity as the enevelopes are from her personal job use.

    I have not received a log number regarding my complaint that my legal mail was Issued to me opened for the third time and video footage proves that.

    "AW" MR. Vang is aware I require 100 enevelopes as I have 4 active cases, this enevelope issue has been going on for over 60 days and MR. Vang has not taken any corrective Acts. I declare under penalty of perjury, the laws of the United states of America and the state

1

Dupree L. Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

of California that the above mentioned is true and correct.

Date: 6-27-2024                    Respectfully Submitted,

                                   *Dupree L. Adkins*
                                   Dupree Lamont-Adkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Dupree Lamont Adkins, | NO. 2:19-CV-0458-DMC-P |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| V. | |
| DEBORAH BLACKWELL | |
| Defendants. | |

I hereby certify that on 6-27-2024, I served a copy of the attached "Notic I received 10 9x12 enevelopes by placin a copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said enevelope in the United States Mail at CHCF Stockton, CA 95213:

CCII ms. E. Campos "institutional mail", st. of. CA Dept. of Justice office of Deputy Attorney General JIAYE ZHOU, 600 West broadway suite 1800 San Diego, CA 92101; U.S.D.C. ED. of CA, Office of The Clerk, 501 "I" street, suite 4-200, sacramento, CA 95814-2322.

I declare under penalty of perjury that the foregoing is true and correct.

Dupree L. Adkins
Dupree Lamont Adkins

6·30·24
DLA




CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

COPY

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** ADKINS, DUPREE LAMONT  
**CDC#:** K50645  
**Current Location:** CHCF-Facility E

**Date:** 06/27/2024

**Current Area/Bed:** E 304B1 - 003138U

**Log #:** 000000564130

**Claim #: 001**

**Received at Institution/Parole Region:** California Health Care Facility - Stockton
**Submitted to Facility/Parole District:** California Health Care Facility - Stockton
**Housing Area/Parole Unit:**
**Category:** Offender Resources        **Sub-Category:** Law Library

## I. CLAIM

Claimant states that they are entitled to get indigent legal manila envelopes, and the library is out of envelopes.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCR Title 15, Section 3123 - Access to the Law Libraries.
CCR Title 15, Section 3160 - Inmate Access to Courts.

### B. DOCUMENTS CONSIDERED

Reviewed Library Policy/Records.

## III. REASONING AND DECISION

This Grievance was reviewed by Senior Librarian, A. Chaudhry. CHCF libraries were out of legal manila envelopes because the warehouse had the legal envelopes on backorder.

On June 25, 2024, the Litigation Coordinator's Office issued a total of ten (10) legal manila envelopes to the claimant in the interim, and a chrono (CDC-128 B) was issued on this matter. In the chrono, the claimant was advised that if he has open court cases, he can request indigent legal manila envelopes from the library, with a maximum of three per week. The claimant was also advised he needs to show documentation of open court cases to the library staff for verification if he needs more than three envelopes per week, and the law library staff can accommodate such request.

Based on the information above, the claimant was issued 10 legal manila envelopes; therefore, this claim is Granted.

## IV. REMEDY

Litigation Coordinator's Office issued a total of ten (10) legal manila envelopes to the claimant in the interim.

## V. Comments

No further action required at this time.

**Decision: Granted**

Case 2:19-cv-00458-DMC   Document 131   Filed 07/08/24   Page 5 of 5

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to GRANT this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

If more than 30 calendar days have passed since this decision was sent to you and the remedy, if any, has not yet been implemented, you may file a CDCR Form 602-3, Request to Implement Administrative Remedy. You must wait until after 30 calendar days have passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| D. Vang [VADA013] | Reviewing Authority | 06/26/2024 |