IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBORAH BLACKWELL, et al.,<br><br>　　　　Defendants. | No.  2:19-CV-0458-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motion for an extension of time, ECF No. 132, and Plaintiff's "motion for postponement of summary judgment," ECF No. 130.

　　　　In his motion for an extension of time, Plaintiff seeks additional time to file an opposition to Defendants' motion for partial summary judgment.  See ECF No. 132.  According to Plaintiff, additional time is needed due to delays associated with the availability of copy machines to make copies of his opposition for filing with the Court and service on Defendants.  See id.  Good cause appearing therefor, Plaintiff's motion will be granted and Plaintiff's opposition filed on August 5, 2024, will be deemed timely.

/ / /

/ / /

/ / /

1

In his "motion for postponement of summary judgment," Plaintiff asks that the Court defer consideration of Defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(d) to allow time to gather additional evidence.  See ECF No. 130.  Specifically, Plaintiff states that he required "outstanding discovery, answers to my meet and confer letters. . . ."  Id. at 1.  Plaintiff's motion will be denied.  Defendants' motion for summary judgment is based on failure to exhaust administrative remedies.  In Plaintiff's current motion, he fails to specify what discovery is outstanding that relates to exhaustion.  Thus, Plaintiff does not meet the standard under Rule 56(d) of identifying which facts are essential to present an opposition to Defendants' motion.  In this regard, the Court notes that Plaintiff's motion for an extension of time makes no reference to the need for additional discovery and, instead, appears to indicate that Plaintiff is prepared to submit his opposition once he is able to make necessary copies for filing and service.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion "motion for postponement of summary judgment," ECF No. 130, is DENIED.

2. Plaintiff's motion for an extension of time, ECF No. 132, is GRANTED.

3. Plaintiff's opposition to Defendants' motion for summary judgment, filed on August 5, 2024, ECF No. 133, is deemed timely.

Dated:  August 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE