IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUPREE LAMONT ADKINS,** | Case No. 2:19-cv-00458-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **KERNAN, et al. ,** | |
| Defendants. | |

Good cause appearing, Defendants Application, ECF No. 136, to Modify the Deadline to Respond to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment is granted.  Defendants shall file a reply by September 2, 2024.

IT IS SO ORDERED.

Dated:  August 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE