Dupree L Adkins # K50645
C9CF
P.O. Box 213040
Stockton, CA 95213

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| Dupree Lamont ADKINS, Plaintiff, v. Kernan, et al., Defendants. | Case No. 2:19-CV-00458-DMC (PC) Motion For Leave To File a Sur-reply |

**FILED**
SEP 12 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## INTRODUCTION

Peace and Blessing's.

Please Take Notice plaintiff see permission for leave to file a sur-reply as The movant Raises new arguments in it's reply brief.

## ARGUMENT

The Movant now claims for the first time;

1. The SHU term has no connection with Plaintiff's allegations of equal protection rights and deliberate indifference see Defendants reply page. 5 line 4-8.

2. Plaintiff was convicted of a violation of Penal Code Section 4573.6 See Defendants reply page. 5 line 11-13.

3. Therefore, while both the SHU term and the transfers to CSP-Solano were caused by Plaintiff's smuggling of contraband.

4. The SHU term was imposed to separate

(1)

Duffee Lamont Adkins #K50645
CHCF
P.O. Box 213040
Stockton, CA 95213

plaintiff from the general population pending criminal investigation see Defendants reply page.5 line 16-17.

5. The legality of imposing a SHU term is irrelevant to plaintiff complaint see defendants reply pg.5 line 18-20.

6. Similarly, the alleged template - classification Committee chrono - did not block Plaintiff access to the administrative remedies see defendants reply page.6 line 14-15.

7. The Department of corrections and Rehabilitation used the same format across the state see Defendants reply page.6 line 15-17.

8. Plaintiff's narrative hinges on the presumptions that he was not transferred back to CMC see Defendants reply pg.8 line 16.

9. Grievance CSP-S-17-02113 was screened out as moot see Defendant reply page.8 line 20-22.

   Please see Hill v. England, 2005 U.S. Dist. LEXIS 295357, 2005 WL 3031136, at (E.D. Cal. 2005);

   Accord Norwood v. Byers, 2013 U.S. Dist. LEXIS ~~295357~~① 2013 WL 3330643, at *3 (E.D. Cal. 2013.).

   The movants New arguments relate to plaintiff's opposition of Equitable EXCEPTION TO EXHAUSTION Due to

①error should read  ②
92255

1. defendants circumventing Staff misconduct co-
2. mplaint policy and procedures claim.
3.         Good cause appearing Plain-
4. tiff pleads for permission for leave to file a
5. Sur-reply.
6.         I Plaintiff Dupree Lamont Adkins
7. Declare under penalty of perjury, the laws
8. of the United States and the State of California.
9. Certify the foregoing is true and correct.
10.
11. September 9, 2024                             Dupree L. Adkins
12.                                                 Dupree Lamont Adkins
13. Stockton CALIFORNIA

(3)