HIGH DESERT STATE PRISON
DuPree Lamont Adkins # K50645
P.O. Box 3030
Susanville, CA 96127

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DuPree Lamont Adkins, | NO. 2:19-CV-0458-DMC-P |
| Plaintiff, | Plaintiff's Motion to Compel |
| v. | Judge: HON. Dennis M. COTA |
| DEBORAH BLACKWELL, et al., | TRIAL DATE: NONE |
| Defendants. | ACTION FILED: May 26, 2025 |

Peace And Blessing's,

**FILED**

JUN 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1

HIGH DESERT STATE PRISON
Dupree Lamont Adkins #K56068
P.O. Box 3030
Susanville, CA 96127

To Defendant's DEBORAH BLACKWELL et al,
PLEASE TAKE NOTICE THAT, under Federal Rules of
Civil Procedure 34 and 37, Plaintiff Dupree Lamont
Adkins, PRO SE. move to compel Defendant's Deborah
Blackwell, et al, to produce unredacted "Isolation
Log Official Visitations" indicating the following ma-
terial, the date, the name, the employee title, that
were present in California State Prison-Solano-Admi-
nistrative segregation Unit during Institutional Clas-
sification Committe①, Fed. R. Civ. P. 37(a)(3)(B)(iv).

During extensive meet and confer defendan-
t's objected to producing the log's. Now that Discovery
has resumed, the defendants produced the log's.
However they have redacted material facts that
are critical to Plaintiff Claim of deliberate indiffe-
rence by using false clinician comments at ICC.

In accordance with Eastern Distri-
ct Local Rule 230(l), this motion is submitted witho-
ut oral argument, unless requested by the Honorable
court. This motion is supported by the attached
Memorandum of points and authorities, the decla-
ration of plaintiff, the Honorable Court's file and
any other matters properly before the Honorable
court.

## MEMORANDUM OF POINTS AND AUTHORITIES
## INTRODUCTION

Extensive efforts to meet and confer with defen-

① Herein after CSP-Sol-Asu-ICC.

2

dant's previous counsel see Exhibit-A resolved all the log dispute, except for the date of the log's and the identity of the ICC members. The defendants have a sufficiently culpable state of mind that Dr. Sherman is not documented as a ICC member. Plaintiff respectfully request this Honorable court order the defendants to unredact the date and the names on the isolation log's as they are material witnesses to ICC clinician comment's and plaintiff Hypertension crisis injury.

## RELAVENT BACKGROUND

Plaintiff served request for production of Documents on defendant's Blackwell et al., and agreed to several discovery extensions due to good faith belief that there was a oral contract that I would recieve the pending discovery when the time is ripe see EXHIBIT-A.

On April 24, 2025 the Defendant's produced the redacted log's minus the material facts of the dates and names that are relevant to ICC-clinician comments and plaintiff Hypetension crisis injury.

See plaintiff DECL at 1-6 EXHIBIT-B°, EXHIBIT'S C, D, E, F, G, H'; and Plaintiff FAC EXHIBITS A, B, C.

## ARGUMENT

I. DEFENDANTS DEBORAH BLACKWELL et al.,

3

High Desert State Prison
Dujuan Lamond Adams #K80025
P.O. Box 3030
Susanville, CA 96127

## MUST PRODUCE THE UNREDACTED LOGS AT ISSUE.

The chickens have come home to Roost. Initially Dr. Sherman under penalty of perjury attributed the false clinician comments to scrivener error, then the defendant's under penalty of perjury in there answer to Plaintiff 5th Amended complaint, answered Dr. Sherman was present and confirmed that Plaintiff had the ability to understand ICC proceeding's and that his mental Health was stable with no decompensation. Subject is in the "MHSDS" at "CCCMS" level of care.

See plaintiff Decl. at 7 EXHIBIT-B.
DR. Sherman and the Defendants are blantantly contradicted by Plaintiff's FAC pages 4-B #67 thru 4-C #72. Defendants and DR. Sherman are blantantly contradicted by the Isolation Log's See Exhibit C, D, E, F, G, H and Plaintiff Declaration at 8 EXHIBIT-B.

Under Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure, a party seeking discovery may move for an order compelling the production of documents when a party fails to produce documents.

"To succeed on the motion the moving party must have a colorable basis for it's belief that relevant, responsive documents exist

4

and are being improperly withheld".

See Casteneda V. Quiring, NO. 22:1-CV-2196, 2023 WL 5155158, at *7 (E.D. Cal. Aug. 10, 2023) (citing K.C.R. V. Cnty. of Los Angeles, No. CV 13-3806, 2014 WL 12725470, at *9 (C.D. Cal. Aug. 6, 2014)).

It's undisputed that the log's exist, it's the defendant's who redacted the Date and the names of the ICC members due to the material fact DR. Sherman was not present at ICC. See EXHIBIT'S C, D, E, F, G, H and plaintiff Decl. at 9, EXHIBIT-B.

II.        RFP NO.1

California state Prison Solano, Administrative segregation Unit Officers and or visitor log, "sign in time" that's relevant to Defendant M. Dernoncourt and Mary Spurgeon Registered Nurse on 10/12/2017

DEFENDANTS RESPONSE TO RFP NO.1

Objection. Compound. This request is Vague, ambiguous, and overbroad as to subject matter. It lacks foundation and assumes facts. It seeks information protected under the official information privilege.

See Kerr V. United States Dist. Court for N. Dist., 511 F. 2d 192 (9th cir. 1975). It also seeks information, ~~if disclosed, would~~ ① protected under the Health and Safety Code Section 123115.

① error should read protected

5

High Desert State Prison
Duree [illegible] #[illegible]
P.O. Box 3030
Susanville, CA 96127

It also seeks information, if disclosed, would violate privacy of Defendant and third parties, and California privilege against disclosure of custodial officer records. See Fed. R. Evid. 501, Cal. Pen. Code §§ 832.7, 832.8; Cal. Evid. Code §§ 1043-1047; Cal. Code Regs. tit. 15 §§ 3321, 3370, 3450; Gov. Code § 6254.

Subject to and without waiving the objections, Defendants produce the following documents:

• The Isolation Log the California State Prison, Solano On October 12, 2017. (AG0003- AG 0004.)

RFP No. 2:

California State Prison Solano, Administrative Segregation Unit Visitor log for 08/30/2017.

DEFENDANTS RESPONSE TO RFP No. 2:

Objection. Compound. This request is vague, ambiguous, and overbroad as to subject matter. It seeks information protected under the official information privilege. Kerr v. United States Dist. Court for N. Dist., 511 F.2d 192 (9th Cir. 1975). It also seeks information, if disclosed, would violate the privacy of the Defendants and third parties, and the California privilege against disclosure of custodial officer records. See Fed. R. Evid. 501, Cal. Pen. Code §§ 832.7, 832.8; Cal. Evid. Code §§ 1043-1047; Cal. Code Regs. tit. 15 §§ 3321, 3370, 3450; Gov. Code § 6254

6

subject to and without waiving the Objections, Defendants produce the following documents:

            • The Isolation Log of the California State Prison, Solano, on August 30, 2017. (AG0001-AG0002).

### RFP NO. 3:

California State Prison Solano, Administrative Segregation Unit Visitor log for 10/18/17.

### DEFENDANTS RESPONSE TO RFP NO. 3:

Objection. Compound. This request is vague, ambiguous, and overbroad as to subject matter. It seeks information protected under the official information privilege. Kerr v. United States Dist. Court for N. Dist., 511 F. 2d 192 (9th Cir. 1975). It also seeks information, if disclosed, would violate the privacy of the Defendants and third parties, and the California privilege against disclosure of custodial officer records. See Fed. R. EVID. 501, Cal. Pen. Code §§ 832.7, 832.8; Cal. Evid. Code §§ 1043-1047; Cal. Code Regs. tit. 15 §§ 3321, 3370, 3450; Gov. Code § 6254.

       Subject to and without waiving the objections, Defendants produce the following documents:

            • The Isolation Log of the California State Prison, Solano, on August 18, 2017. ( AG0005-AG0006)

### WHY THE OBJECTIONS ARE INAPPLICABLE AND PRODUCTION IS INSUFFICIENT.

       Here the ICC log's exist and are relevant as they produced the undisputed Material

Facts there was no employee at ICC with the job title Doctor, Scrivener or psychologist, which shows Deliberate indifference that was shielded by the false clinician comment.

The specificity of the discovery request's to unredact the names of the ICC Members is material as Dr. Sherman's name is not one of them.

The defendant's and Dr. Sherman have already change there testimony from Dr. Sherman certifying, she did not make the Clinician Comments, it was Scrivener error, she dosen't recall meeting me, to the Defendant's Declaring Dr. Sherman was present at ICC and confirmed the clinician Comments.

That creates the absence of alternative means to obtain the unredacted Material log's which advances Plaintiff Claim of Deliberate indifference. It does not invade the privacy of anyone as the "Big Dog" Defendant Neuschmid has issued Material facts that these ICC Members have Knowledge of the Clinician Comments see EXHIBIT-I response to interrogatory NO.2.

Questions of privilege are resolved by federal law see Kerr v. United States Dist. Court for Northern Dist. Court 511 F.2d 192, 197-98 (9th cir. 1975); 2024 U.S. Dist. LEXIS 128251 :: Vega V. Soto NO.

High Desert State Prison
Duffee Lamont Adkins Qe-13
P.O. Box 3030
Susanville, CA 96127

1:22-CV-00471 JLt-EPG (PC).

In Camera review is a highly appropriate and useful means of dealing with claims of governmental privilege quoting Kerr v. United States Dist. Court Northern Dist. 426 U.S. 394, 406, 96 S.ct. 2119, 48 L.Ed 2d 725 (1976).

In Camera review is warranted as the logs relevance warrants punitive damages and are otherwise relevant to motive of the defendants and credibility. See Rogers 288 F.R.D. at 481;

State privilege rules and the defendants should not be permitted to frustrate the important federal interests in broad discovery and truth-seeking and the interest in vindicating important federal substantive policy such as that embodied in section 1983 See King v. Conde, 121 F.R.D. 180, 187 (E.D. N.Y 1988)

See Plaintiff Decl. at 10 EXHIBIT-B and see EXHIBIT-A.

## CONCLUSION

Accordingly, this Honorable Court should compel the defendants to unredact the names and the dates of the Isolation log's.

Respectfully Submitted,

Duffee Lamont Adkins

//

High Desert State Prison
Dufree Lamont Adkins #K50645
P.O. Box 3030
Susanville, CA 96127

## VERIFICATION

I have read the foregoing Motion to Compel and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true I certify under penalty of perjury that the foregoing is true and correct.

Executed at Susanville, California on May 26, 2025

Dufree Lamont Adkins

10

High Desert State Prison
Dufree Lamont Adkins #K50452
P.O. Box 3030
Susanville, CA 96127

## APPENDIX TO EXHIBITS

EXHIBIT-A ... DAG. Ms. Singer Pending Discovery.

EXHIBIT-B... Declaration of Plaintiff Adkins.

EXHIBIT-C... ISOLATION LOG AG0001

EXHIBIT-D... ISOLATION LOG AG0002

EXHIBIT-E... ISOLATION LOG AG0003

EXHIBIT-F... ISOLATION LOG AG0004

EXHIBIT-G... ISOLATION LOG AG0005

EXHIBIT-H... ISOLATION LOG AG0006

EXHIBIT-I... certified Interrogatory from Defendant R. Neuschmid

## VERIFICATION

I have read the foregoing EXHIBITS and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true I certify under penalty of perjury that the foregoing is true and correct. Executed at Susanville, California on May 26, 2025.

Dufree L. Adkins

Dufree Lamont Adkins

EXHIBIT - A

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5774
Facsimile: (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

May 1, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re:    *Dupree Adkins (K50645) v. Kernan, et al.*
       U.S.D.C., Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC
       **Fifth Amended Complaint & Pending Discovery**

Dear Mr. Adkins:

I will be working with Supervising Deputy Attorney General Lyndsay Crenshaw on this matter. I attempted to schedule a call with you the week of April 24, 2023, but May 3, 2023 was the first available date through scheduling. It is my understanding from your correspondence and prior discussion with Ms. Crenshaw that you are agreeable to a further discovery extension on the pending discovery listed below with a current due date of May 1, 2023:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

Last week I filed a Statement of Non-Opposition to your Motion for Leave to File an Amended Complaint substituting the name of M. Fregoso for M. Doe. I also filed a motion to temporarily stay discovery, and vacate the current discovery and scheduling order dates, until the case is at issue. The Court has granted your motion to file the Fifth Amended Complaint, but has yet to rule on my motion requesting a temporary stay. I requested a temporary stay of pending discovery, and to vacate the current dates because it will take at least thirty days to file a response to the Fifth Amended Complaint, which is May 29, 2023, and currently discovery is set to cut-off June 19, 2023.

May 1, 2023
Page 2

When we speak this week, we can discuss a new discovery due date. For now, I have served objections only to the pending discovery, since we have yet to agree on a new deadline. However, I do intend to provide substantive responses by a new mutually agreed to deadline. Should the Court rule on my motion for a temporary stay in the interim, I anticipate it will inform our decision on setting a new deadline for pending discovery.

I look forward to speaking with you.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For     ROB BONTA
        Attorney General

SES:SES

SA2022301558
83934544.docx

**ROB BONTA**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 321-5774
Facsimile: (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

May 12, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re:     *Dupree Adkins (K50645) v. Kernan, et al.*
        U.S.D.C., Eastern District of California, Case No. 2:19-cv-00458-DAD-DMC
        **Confirmed Discovery Extension**

Dear Mr. Adkins:

        Thank you for taking my call on May 3, 2023. This will confirm that you have granted
Defendants an extension to May 29, 2023, to respond to the below discovery requests:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

The above responses, were previously due on May 1, 2023. Thank you for your courtesy.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For     ROB BONTA
        Attorney General

SES:SES

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public:  (619) 738-9000
Telephone:  (619) 321-5774
Facsimile:  (619) 645-2581
E-Mail: Sarah.Singer@doj.ca.gov

June 14, 2023

DuPree Lamont Adkins
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213

Re:     *Dupree Adkins (K50645) v. Kernan, et al.*
        United States District Court, Case No. 2:19-cv-00458-DAD-DMC (E.D. Cal.)

Dear Mr. Adkins:

Thank you for taking my call on June 7, 2023. As we discussed, the Court granted my motion to stay discovery and vacate the current Discovery and Scheduling Order dates until the case is at issue. You may have already received the Court's Order, but I have attached a courtesy copy for your reference. *See* ECF No. 87.

Because discovery is temporarily stayed, I will not be moving forward with your deposition on June 16, 2023, but I will reschedule it once the stay is lifted and the Court issues a new Discovery and Scheduling Order.

Additionally, due to the temporary discovery stay, as set forth in my motion, Defendants' pending discovery responses currently due on June 19, 2023, will now be due within twenty one days of the Court's order lifting the stay. The pending discovery includes Defendants' responses to:

- Interrogatories (set two) to Defendant Arnold;
- Interrogatories (set two) to Defendant Neuschmid;
- Interrogatories (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set two) to Defendants Kernan, McComas, Sherman, Neuschmid;
- Request for Production of Documents (set two) to Defendant Dernoncourt;
- Request for Production of Documents (set three) to Defendants Kernan, Sherman, Dernoncourt; and
- Request for Production of Documents (set four) to Defendant Sherman.

June 14, 2023
Page 2

Should you have any questions or concerns about the above, please do not hesitate to contact me.

Sincerely,

*Sarah E. Singer*

SARAH E. SINGER
Deputy Attorney General

For    ROB BONTA
       Attorney General

SES:SES

SA2022301558
84004498.docx

EXHIBIT - B

High Desert State Prison
Dupree Lamont Adkins #K50645
P.O. Box 3030
Susanville, CA 96127

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dupree Lamont Adkins, | NO. 2:19-CV-0458-DMC-P |
| Plaintiff, | DECLARATION |
| V. | Judge: HON. Dennis M. COTA |
| DEBORAH BLACKWELL, et al., | Trial Date: NONE |
| Defendants. | Action Filed: May 26, 2025 |

1. I make this declaration based on my personal knowledge.

2. If called for oral argument or to testify I can and will compentently testify.

3. The redacted logs have produced material facts that there was no employee at ICC with the title of Doctor, Psychologist or scrivener.

4. In good faith belief I met and confer with defendant's counsel and agreed to multiple discovery extensions that was responded to by defendant's Counsel DAG Ms. Singer on May 1, 2023; May 12, 2023; and June 14, 2023.

5. It's a undisputed material fact that none of the logs support defendant's claim that Dr. Sherman was present at ICC.

6. The logs pierce Dr. Sherman testimony that scrivener error led to the clinician comments.

1

Case 2:19-cv-00458-DMC   Document 152   Filed 06/09/25   Page 20 of 38

**7.** During discovery of Dr. Sherman interrogatory responses, Dr. Sherman declared she did not make the clinician comments, she does not recall meeting Plaintiff and she declared the clinician comments were the product of scrivener error. In the defendants answer to Plaintiff FAC they answered Dr. Sherman was present at ICC and endorsed the clinian comments.

**8.** EXHIBIT-C, Isolation log has 12 employees attending ICC with the job title of CC.I, CC.II, AW, C/O, C/O, COW, CPT, CAPT, CC.II, capt, capt, and AW. EXHIBIT-D has no ICC employees with psychologist or scrivener title. EXHIBIT-E and F do not have a ICC employee title psychologist or scrivener and neither does EXHIBIT G or H.

**9.** The logs are a material fact of a prima facie claim of actionable harm that the defendant was aware that plaintiff was in imenent danger which they ignored and continue to rely on intentional unlaweful false clinician comments on days Dr. Sherman did not atend ICC, by redcting the name and date of ICC members.

**10.** Material witness L. Garcia title CCI gave material information under penalty of perjury the "clinician comments" were template language prepopulated into the field. That

2

Case 2:19-cv-00458-DMC   Document 152   Filed 06/09/25   Page 21 of 38

was the first instance of corroboration of my
two confidential witnesses who oraly said alo-
ud to plaintiff, Dr. Sherman told them ICC was
using template Language of clinician comments
on days she was not at work and she was
contemplating filing a complant against them.
material witness M. McComas title CCII gave mat-
erial information he did not know anything about
a Scrivener. Garcia and McComas were ICC mem-
bers.

I declare under penalty of perjury, the laws of
the United States and the State of California
the foregoing is true and correct.
              Executed at Susanville California
on May 26, 2025.

                    Dupree L. Adkins
                    Dupree Lamont Adkins

3

EXHIBIT- C

# ISOLATION LOG
12:01 a.m.   To   12:00 p.m.

## OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMMENT |
|---|---|---|---|---|
| | M | 8548 | 1400 | PT Rounds RN 7362 |
| | LVN | 556 | | MED PASS / PCT 7862 |
| | C/O | 0725 | 0756 | Lab escort |
| | C/O | 0725 | 0756 | Lab escort |
| | LH | 0725 | 0756 | Lab Draws |
| | CCI | 0800 | 0845 | DPP Training. |
| | RN | RR | 105 | TRIABU |
| | CCT | 0855 | 1200 | + CL |
| | CCII | 0855 | 1200 | ICC |
| | AW | 0900 | 1050 | ICC |
| | C/O | 0900 | 1140 | ICC |
| | E/O | 0900 | 1140 | ICC |
| | C/O | 0900 | 1010 | E scort to D Photog |
| R. Neuschmid | CDW | 0905 | 1150 | ICC |
| 11. Paots | Cpt | 0912 | 0922 | ICC |
| M. Durnoncourt | Capt | 0915 | 1050 | ICC |
| D. Martin III | CCII | 0915 | 1050 | ICC |
| | RN | 0945 | 0950 | PH Bldg Surveillance |
| | | 985 | | |
| | Ph-I | 1000 | 1025 | Deliver / Inspect |
| | CAPT | 1035 | 1148 | ICC |
| | EPO | 1035 | 1148 | PCC |
| | PW | 1035 | 1145 | ICC |
| | C/O | 830 | 1235 | R.R. |

## DOCTOR'S CALLS

| NAME | IN | OUT |
|---|---|---|
| Peterson | 558 | 1570 |
| Sullivan | 6:15 | 16:55 |
| | | |
| | 810 | 1210 |
| Shur | 1200 | 630 |

### DOCTOR'S COMMENT & SUGGESTIONS

| | 12:50 | 14:00 |
|---|---|---|

900 mtt / spit meetn

## OFFICERS' ROSTER

| NAME | IN | OUT |
|---|---|---|
| | 2200 | 0600 |
| | 2200 | 0600 |
| | 0555 | |
| | 0555 | |
| | 0600 | 1400 |
| | 0600 | |
| | 0800 | 1600 |
| | 1400 | 2200 |
| | 1400 | |
| | 1800 | 2200 |
| | 1400 | |
| | 1825 | |

## REPORT OF ANY UNUSUAL INCIDENTS

EXHIBIT - O

# ISOLATION LOG
## 12:01 a.m.    To    12:00 p.m.

### OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMMENT |
|---|---|---|---|---|
| ▓▓▓▓▓ | Sgt | 01330 | 1343 | Appeal # 9978 |
| ▓▓▓▓▓ | PT | 1400 | 1700 | PT Rounds = (✓)  P/V 7762 |
| ▓▓▓▓▓ | C/O | 1425 | 1430 | 387 Report |
| ▓▓▓▓▓ | C/O | 1525 | 1530 | Dispo. |
| ▓▓▓▓▓ | C/O | 1545 | 1550 | Pick up Item |
| ▓▓▓▓▓ | Sgt | 1615 | 1670 | Cell |
| ▓▓▓▓▓ | C/O | 1900 | 1910 | RVR |
| ▓▓▓▓▓ | C/O | 2045 | 2050 | I.E. |
| ▓▓▓▓▓ | C/O | 2045 | 2050 | I.E. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DOCTOR'S CALLS

| NAME | IN | OUT |
|---|---|---|
| | | |
| | | |
| | | |

**DOCTOR'S COMMENT & SUGGESTIONS**

### OFFICERS' ROSTER

| NAME | IN | OUT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### REPORT OF ANY UNUSUAL INCIDENTS

AG0002

EXHIBIT E

12:01 a.m.    To    12:00 p.m.

## OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMME |
|------|-------|-----|-----|----------------------------------|
| | M | 0535 | 7347 | M DXHMX 24736 |
| | LVN | 607 | 847 | NEO PASS 7362 F |
| | Clos | 0745 | | ESCORT MAI + 25 |
| | CEO | 6745 | | ESC PL 3 m C+ |
| | KU | 000 | 035 | Triage |
| | SRMIT | 0900 | 0995 | Rounds |
| | OT | 0900 | | |
| | HRS | 1025 | 1028 | Like |
| | O.T. | 11:20 | 11:23 | Appeals |
| | DFA | 1225 | 1237 | Cleaning |
| M. Oernoncourt | Capt | 1530 | 1545 | 11 u D |
| J. Lambo | CLS | 1530 | 1545 | 1140 |
| D. ROSARIO | C/O | 1655 | | 14 D |
| | 9/U | 1915 | 1938 | PVP |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DOCTOR'S CALLS | | | OFFICERS' ROSTER | | |
|----------------|-----|-----|------------------|-----|-----|
| NAME | IN | OUT | NAME | IN | OUT |
| | 620 | 180 | | 2200 | 0600 |
| | 6:10 | 16:55 | | 0600 | 1400 |
| | | | | 0600 | M00 |
| | | | | 0600 | |
| | | | | 0600 | |
| DOCTOR'S COMMENT & SUGGESTIONS | | | | 0600 | |
| 0900 MH staff meeting | | | | 0800 | 1600 |
| | | | | 0800 | |
| | | | | 1400 | 2000 |
| | | | | 1400 | |
| | | | | 1400 | |
| | | | | 1400 | |

## REPORT OF ANY UNUSUAL INCIDENTS

AG0003

EXHIBIT - F

# ISOLATION LOG
12:01 a.m.    To    12:00 p.m.

## OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMMENT |
|------|-------|----|----|-------------------------------------|
| ████████ | W/ LVN | 0845 140N | 1400 | PLO Fire. Med pass    7762 F/W |

## DOCTOR'S CALLS

| NAME | IN | OUT |
|------|----|----|
| ████████ | 1'5pm | 2⁰⁰ pu |

**DOCTOR'S COMMENT & SUGGESTIONS**

## OFFICERS' ROSTER

| NAME | IN | OUT |
|------|----|----|
| ████████ | Bw 1400 | 2200 |

## REPORT OF ANY UNUSUAL INCIDENTS

EXHNBIT - G

12:01 a.m.    To    12:00 p.m.

## OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMMENT |
|------|-------|----|----|-------------------------------------|
|  | C/O | 0038 | 0043 | I/m meds & ID 175c |
|  | LVN | 0552 | 2100 | MED PASS / 7362 P/C |
|  | LVN | 0600 | 1130 | 1:1 |
|  | LAB Tech | 0715 | 0800 | Blood |
|  | C/O | 0715 | 0800 | Escort |
|  | C/O | 0715 | 0800 | Escort |
|  | CCI | 0845 | 11:15 | ICC |
|  | CCII | 0845 | 12-16 | ICC |
|  | RN | 850 | 1110 | TRIAGE |
|  | RN II | 0890 | 1110 | Rounds |
| Ryerson | C/O | 0440 | 0435 | IE |
| W. Fregoso | CAPT | 0900 | 1030 | ICC |
| R. Mitchell | PN | 0900 | 1020 | ICC |
| D. Molina | C/O | 0900 |  | ICC |
| Tejeda | C/O | 0900 | 0915 | ICC |
| Arnold | C/O | 0900 | 1115 | ICC |
| Camaro | C/O | 0838 | 0940 | I/m meds. |
|  | O.T. | 9:42 | 9:44 | Appeals |
| M. Dernoncourt | Capt | 1026 | 1115 | ICC |
| B. Martin | CCII | 1026 | 1115 | ICC |
| J. Popovits | AW | 1026 | 1115 | ICC |
|  | C/O | 1050 | 1100 | RVR's |
|  | Pem II | 1059 | 1110 | LT. LEE / STORELIST |
|  | M&SS II | 1100 | 1110 | LT. LEE |

## DOCTOR'S CALLS

| NAME | IN | OUT |
|------|----|----|
|  | 740 | 1500 |
|  | 840 | 1315 |
|  |  |  |
|  | 1350 | 19:05 |

### DOCTOR'S COMMENT & SUGGESTIONS

M H MEETING    0900

## OFFICERS' ROSTER

| NAME | IN | OUT |
|------|----|----|
|  | 2200 | 0600 |
|  | 2200 | 0600 |
|  | 0550 | 1400 |
|  | 0550 | 1400 |
|  | 0550 | 2200 |
|  | 0600 | 1400 |
|  | 0600 | 1400 |
|  | 0600 | 1400 |
|  | 0025 | 0615 |
|  | 0900 |  |
|  | 1400 | 2200 |
|  | 1400 | 2200 |

## REPORT OF ANY UNUSUAL INCIDENTS

EXHIBIT-H

# ISOLATION LOG
12:01 a.m.    To    12:00 p.m.

## OFFICIAL VISITATIONS

| NAME | TITLE | IN | OUT | REASONS FOR YOUR VISIT AND COMMENT |
|------|-------|-----|------|-----------------------------------|
| ███████████ | PT | 1211 | 1237 | Cleaning |
| | CO | 1312 | 1345 | 1E |
| | PT | 1400 | 2140 | pt round @ 7362pm |

| DOCTOR'S CALLS | | | | OFFICERS' ROSTER | | |
|------|-----|-----|--|------|-----|-----|
| NAME | IN | OUT | | NAME | IN | OUT |
| | | | | Han | 1405 | 1600 |

DOCTOR'S COMMENT & SUGGESTIONS

REPORT OF ANY UNUSUAL INCIDENTS

AG0006

EXHIBIT- I

**RESPONSE TO INTERROGATORY NO. 2**:

Objection. Compound. It is vague, ambiguous, and overbroad as to time and subject matter. It calls for speculation. It lacks foundation and assumes facts.

Subject to and without waiving the objections, Defendant responds as follows:

I do not have an independent recollection of this event since more than seven years have elapsed. The ICC Chrono shows that other officers were on the committee, so they may have knowledge regarding Dr. Sherman's comments.

**INTERROGATORY NO. 3**:

Please state all facts that relate to the ministerial Act's you performed on 10/18/2017 at Institution Classification Committee to insure psychologist sherman "clinician comments" were recorded in accordance with Institution Classification Committee procedures.

**RESPONSE TO INTERROGATORY NO. 3**:

Compound. This request is vague and ambiguous regarding "ministerial Act's," and subject matter. It lacks foundation and assumes facts. It calls for speculation, as Defendant Neuschmid did not participate in the October 18, 2017, ICC meeting. Subject to and without waiving the objections, Defendant responds as follows:

I was not involved in the October 18, 2017, ICC meeting.

**INTERROGATORY NO. 4**:

Please identify each and every person whom you are aware may have knowledge about psycho- Sherman "clinician Comments" at Institution Classification Committee on 10/18/2017

**RESPONSE TO INTERROGATORY NO. 4**:

Compound. This request is vague and ambiguous regarding "ministerial Act's," and subject matter. It lacks foundation and assumes facts. It calls for speculation, as Defendant Neuschmid did not participate in the October 18, 2017, ICC meeting. Subject to and without waiving the objections, Defendant responds as follows:

I was not involved in the October 18, 2017, ICC meeting.

/ / /

/ / /

3

☐

## VERIFICATION OF ROBERT NEUSCHMID
## TO PLAINTIFF'S INTERROGATORIES (SET2)

*Dupree Adkins (K50645) v. Kernan, et al.*
USDC, EASTERN District, Case No. 2:19-cv-00458-DAD-DMC

I, Robert Neuschmid, declare under penalty of perjury that I have read Defendant Robert Neuschmid's Responses to Plaintiff's Second Set of Interrogatories and that the responses are true and correct of my own knowledge, or on the basis of information available to me, and I believe all responses based on such information to be true.

Executed this 23 day of April , 2025

Robert Neuschmid

High Desert State Prison
Dubree Lamont Adkins # 150445
P.O. Box 3030
Susanville, CA 96127

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dubree Lamont Adkins, | No. 2:19-cv-0458-DMC-P |
| Plaintiff | Proof of Service |
| v. | Judge: HON. Dennis M. COTA |
| DEBORAH BLACKWELL, et al., | TRIAL DATE: NONE |
| Defendants. | Action Filed: May 26, 2025 |

I hereby certify that on May 26, 2025, I served
a copy of the attached Motion To Compel
by placing a copy in a postage paid envelope
addressed to the persons hereinafter listed, by depo-
siting said enevelope in the United States mail at
Susanville, California:                California Department
United States District Court          of Justice  Jiaye Zhou
Eastern District of California.   Deputy Attorney General
Office of The Clerk               600 West Broadway, Suite
501 I street, Suite 4-200         1800, San Diego, CA
Sacramento, CA 95814-2322         92101
I declare under penalty of perjury that the fore-
going is true and correct.

Dubree Lamont Adkins

Peace And Blessing's!

I do not have Access to the Stapler or Two Hole Punch. The prison officials are only offering Pink paper for copies at this time.

Respectfully Submitted,

Dupree L. Adkins

Dupree Lamont Adkins