IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No. 2:19-CV-0458-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DEBORAH BLACKWELL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

Pursuant to the parties' stipulation, <u>see</u> ECF No. 155, this matter is referred for a global settlement conference with <u>Adkins v. Schultz, et al.</u>, E.D. Cal. Case no. 2:23-cv-1654-AC-P, before Hon. Carolyn Delaney on September 8, 2025, at 9:30 a.m., via Zoom.

IT IS SO ORDERED.

Dated: August 13, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1