Dupree Lamont Adkins #K50645
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

August 19, 2025

RE: Adkins v. Kernan, et al. U.S.D.C. E.D. of California, Case No. 2:19-cv-00458-DMC

Peace and blessings!

I'm being transfered to Salinas Valley State Prison. I have recieved notice of the Joint Stipulation to attend the Zoom Settlement Conference in Adkins v. Schultz No. 2:23-cv-1654.

I've notified High Desert State Prison litigation Coordinator to transfer the Zoom Conference to that prison.

I have not recieved permission to file a confidential settlement statement.

Sorry about the inconvience,

Dupree L. Adkins
Dupree Lamont Adkins

**FILED**

AUG 25 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK