1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LYNDSAY CRENSHAW, State Bar No. 246743
   Supervising Deputy Attorney General
3  JIAYE ZHOU, State Bar No. 351483
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   Telephone: (619) 738-9694
    Fax: (916) 732-7920
6   E-mail: jiaye.zhou@doj.ca.gov
   *Attorneys for Defendants*
7  *Douglas, Sherman, Blackwell, Neuschmid, Lee, Dernoncourt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUPREE LAMONT ADKINS,** | 2:19-cv-00458 |
| Plaintiff, | **DEFENDANTS' NOTICE OF SUBMISSION** |
| v. | Date: September 8, 2025<br>Time: 9:30 a.m.<br>Courtroom: Via Zoom<br>Judge: The Honorable Carolyn K. Delaney<br>Trial Date: Not Set.<br>Action Filed: March 14, 2019 |
| **KERNAN, et al.,** | |
| Defendants. | |

**TO PLAINTIFF DUPREE LAMONT ADKINS, PRO SE:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 270(d) and in connection with the above-referenced Settlement Conference, Defendants sent a Confidential Settlement Conference State to the Court on August 29, 2025.

///

///

///

///

1

Defs.' Not. of Submission (2:19-cv-00458)

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | LYNDSAY CRENSHAW |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Jiaye Zhou* |
| | | JIAYE ZHOU |
| | | Deputy Attorney General |
| 7 | | *Attorneys for Defendants* |
| | | *Douglas, Sherman, Blackwell, Neuschmid,* |
| 8 | | *Lee, Dernoncourt* |
| 9 | SA2022301558 | |

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dupree Adkins (K50645) v. Kernan, et al.** | No. | **2:19-cv-00458** |

I hereby certify that on <u>August 29, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF SUBMISSION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2025</u>, at San Diego, California.

| S. Garcia | *S. Garcia* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 29, 2025</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

DuPree Lamont Adkins, CDCR# K50645
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127
In Pro Se

DuPree Lamont Adkins, CDCR# K50645
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213
In Pro Se

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2025</u>, at San Diego, California.

|  |  |
|:---:|:---:|
| M. Kretsch | *M. Kretsch* |
| Declarant for Service by U.S. Mail | Signature |

SA2022301558
85318295.docx