Dupree Lamont Adkins #K50645
Salinas Valley State Prison
P.O. Box 1030
Salinas, CA 93960

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Dupree Lamont Adkins,
　　Plaintiff,

v.

Deborah Blackwell, et al.,
　　Defendants.

NO. 2:19-cv-0458-DMC-P

PROOF OF SERVICE

FILED
SEP 02 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CA
BY _____ DEPUTY CLERK

I declare on 8-28-2025 I placed in a postage prepaid envelope for postage confidential settlement, Address change and attachment/law library response addressed to: U.S.D.C., ED OF CA, HON. Chief Magistrate Judge Carolyn Delaney, 501 I St., STE 4-200, Sacramento, California 95814-2322. I declare under penalty of perjury the above mentioned is true and correct.

Dupree L. Adkins