1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | LYNDSAY CRENSHAW, State Bar No. 246743
Supervising Deputy Attorney General
3 | JIAYE ZHOU, State Bar No. 351483
Deputy Attorney General
4 |  600 West Broadway, Suite 1800
 San Diego, CA 92101
5 |  Telephone: (619) 738-9694
 Fax: (916) 732-7920
6 |  E-mail: jiaye.zhou@doj.ca.gov
*Attorneys for Defendants*
7 | *Sherman, Douglas, Blackwell, Neuschmid, Lee, and Dernoncourt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUPREE LAMONT ADKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**KERNAN, et al. ,**<br><br>Defendants. | 2:19-cv-00458<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: The Honorable Dennis M. Cota<br>Trial Date: Not Set.<br>Action Filed: March 14, 2019 |

**TO THE HONORABLE COURT AND ALL PARTIES**:

Defendants Sherman, Douglas, Blackwell, Neuschmid, Lee, and Dernoncourt, through their counsel of record, hereby notify this Court that this case has been settled.  After meeting and conferring with Plaintiff on September 26, 2025, the Parties jointly request that the Court vacate all pending dates.  The Parties anticipate filing a joint stipulation for voluntary dismissal with prejudice within sixty days.

Dated:  September 26, 2025                              Respectfully submitted,

ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Supervising Deputy Attorney General


 /s/ Jiaye Zhou

JIAYE ZHOU
Deputy Attorney General
*Attorneys for Defendants*
*Sherman, Douglas, Blackwell, Neuschmid,*
*Lee, and Dernoncourt*

SA2022301558
85367052.docx

# CERTIFICATE OF SERVICE

Case Name: **Dupree Adkins (K50645) v. Kernan, et al.**   No. **2:19-cv-00458**

I hereby certify that on <u>September 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SETTLEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 26, 2025</u>, at San Diego, California.

| L. Green | *L. Green* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>September 26, 2025</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

DuPree Lamont Adkins
CDCR# K50645
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 26, 2025</u>, at San Diego, California.

| T. Arambul | *T. Arambul* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2022301558
85367102.docx