Dupree Lamont Adkins #K50645
HDSP
P.O. Box 3030
Susanville, CA 96127

FILED
OCT 30 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY /s/ DMC DEPUTY CLERK

October 26, 2025

RE: Dupree Lamont Adkins v. Kernan, et al., United States District Court, Eastern District of California, Case No. 2:19-CV-00458 DMC (P)...

Peace and Blessing's!

From the begining of the KERNAN case I worked on it at least 12 hrs a week, despite having other cases. I noticed in about 80% of the thousand's of cases I scaned, read Honorable Magistrate Judge's give Inmate's two chances to cure their defect's during screening.

You blessed me with five ①!

During meet and confer supervising Attorney General Lyndsay Crenshaw and Deputy Attorney General Jiaye Zhou were honest.

That took me out of fight mode and into buisness. So There's a Global Settlement which allow's me to clear this Honorable Court Docket and say thank you.

Hopefully they work out my property issue as they have had it since August 19, 2025. If not that will d-Rail the settlement. The Littigation Coordinator and property officer are working on it.

I have personal knowledge that prison official's destroy property or send it to the wrong prison and it takes up to 6 months to find. GOD Bless You's!!

Respectfully Submitted,

Dupree L. Adkins
Dupree Lamont Adkins

① I never lost cite of that.