Dupree Lamont Adkins #K50645
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

2:19-CV-458-DMC
(PC)

11-5-2025

RE: Adkins v. Kernan, et al., E.D. OF CA case No. 2:19-CV-00458...

Peace and Blessings!

I respect you, I respect your power, I respect your Court and I respect your SWAG... I will sign the settlement papers if they arrive before I get my missing 5 boxes, two of which are very important legal files.

① "DAG" Zachary Glantz State Bar No. 298936 is optimistic the issue will be resolved and I trust "DAG" Jiaye Zhou State Bar No. 351483 I've met and conferred with them and they are aware I will sign.

Thank you very much, God Bless you!!

Sincerely,
Dupree L. Adkins
Dupree Lamont Adkins

**FILED**
NOV 10 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

① Along with Supervising DAG Lyndsay Crenshaw State Bar. No. 246743, They treat me like a human being...