Dupree Lamont Adkins #K50645
HDSP
P.O. Box 3030
Susanville, CA 96127

2:19-cv-0458-DMC (PC)

11-09-2025

RE: Notice of Settlement... Chief Magistrate Carolyn K. Delaney.

Peace and Blessings!

In the U.S.D.C. E.D. of CA, Adkins v. Kernan, et al., No. 2:19-cv-00458, DAG Jiaye Zhou state bar No. 351483 and Supervising DAG Lyndsay Crenshaw state Bar No. 246743 are working on the property issue.

In the U.S.D.C. E.D. of CA, Adkins v. Gary, ET AL., case No. 2:25-cv-02598-TLN-DMC (PC); Adkins v. J. Cavagnolo case No. 2:25-cv-02596-TLN-DMC (PC); Adkins v. Ditomas, et al., case No. 2:22-cv-01650-TLN-DMC (PC) DAG ZACARY Glantz State Bar No. 298936, Deborah B. Wadleigh state Bar No. 239550 Have declared with the Honorable Court of Magistrate Judge Dennis M. Cota that they are "optimistic" the property issue will be worked out.

② I have in my signed writtings to all above named partie's have declared if the paper's① are prepared before I get my property I will sign them because I respect and trust every one involved in these settlement process.

Sincerely,
Dupree L. Adkins
Dupree L. Adkins

① settlement paper

② You told me to settle the cases and work on my other issues I've settled now I need my legal files to work on my other issues.

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dupree Lamont Adkins #K50645
HDSP
P.O. Box 3000
Susanville, CA 96127

United States District Court
Eastern District of California

| | |
|---|---|
| Dupree Lamont Adkins, Plaintiff, | Case No. 2:19-cv-00458 |
| v. | PROOF OF SERVICE |
| Kernan, et al., Defendants. | |

I hereby certify that on 11-09-2025, I served a copy of the attached Notice of Settlement by placing a copy in a postage paid envelope addressed to the person's hereinafter listed by depositing said envelope in the United States Mail at High Desert State prison, Susanville California;

Jiaye Zohou DAG office of the Attorney General 600 West Broadway, Suite 1800 P.O. Box 85266 San Diego, CA 92186-5266.

Zacary Glantz DAG office of the Attorney General, 300 South Spring Street Los Angeles, CA 90013.

I declare under penalty of perjury that the foregoing is true and correct. ③

Dupree L. Adkins
Dupree Lamont Adkins

③ It took two request and over two year's to get the response from the Attorney General Post conviction Justice Unit, not having my legal file's delay's that process...